## NICU Narrative Summary

Type of Discharge: *NICU*                          Disposition: *Home*

At time of discharge infant is:   *41*   days old.

Baby was born at: *39+2*   weeks gestation, and has a corrected EGA of: *45*

### Problem List During Hospitalization:

*Neonatal Encephalopathy s/p whole body cooling*

*Feeding issues*

*Aspiration (on swallow study)*

*Gtube/Nissen*

*Seizure (on Keppra)*

X

*Rule out sepsis - resolved*

*Respiratory distress syndrome - resolved*

*Metabolic acidosis - resolved*

*Right sided pleural effusion - resolved*

*Acute Kidney injury - resolved*

X

*Cellulitis (Gtube) - resolved*

*Coagulopathy - resolved*

*Left lung pneumothorax - resolved*

*Hypotension - resolved*

### Medication History:

| Active Medications: | #1 | Date Started: |
| Active Medications: | #2 | Date Started: |
| Active Medications: | #3 | Date Started: |
| Active Medications: | #4 Keppra | Date Started:   20APR |
| Active Medications: | #5 | Date Started: |
| Discontinued Medications: | #1 Ampicillin | Duration of Therapy:   48 hours |
| Discontinued Medications: | #2 Cefotaxime | Duration of Therapy:   48 hours |
| Discontinued Medications: | #3 Dopamine | Duration of Therapy:   48 hours |
| Discontinued Medications: | #4 Lasix | Duration of Therapy:   2 doses |
| Discontinued Medications: | #5 Vitamin K | Duration of Therapy:   1 dose |
| Discontinued Medications: | #6 Phenobarbital | Duration of Therapy:   5 days |
| Discontinued Medications: | #7 Calcium gluconate | Duration of Therapy:   2 doses |
| Discontinued Medications: | #8 Fentanyl | Duration of Therapy:   4/16-4/21 |
| Discontinued Medications: | #9 Caffeine | Duration of Therapy:   4/17-4/21 |
| Discontinued Medications: | #10 Nystatin | Duration of Therapy:   4/16-4/25 |

### Lines/Tubes/Drains:

X Lines:   UAC

            X Line Infection:   Date Line Placed:   *16APR2016*               Date Line Removed:

### Procedures:

#1 *Whole body cooling, UVC, UAC, Intubation, Gtube, Nissen, Circumcision*

### Services Consulted:

*Pediatric Neurology: Dr. Zeldin; 4/18*

### History of Present Illness:

X

| REG: | NMCSD |
| ██████ ████████ |
| FMP+last 6SSN: | ███████ |
| DODID: | ███████ |
| ADMIT DATE: ███████   DOB: ███████ |
| Fam Mbr Active Duty  ADAA |
| Discharge Summary Notes |

CliniComp, Intl.

EXHIBIT 1

page 1

This infant was born at: **39+2** weeks EGA, weighing: **3400.0** grams.

The infant was delivered on: **16Apr2016** at: **1056** Delivery method was: **C/S,**

The infant was delivered: **at term** due to: **non-reassuring fetal heart tracing**

Prior to delivery, Fetal heart tones were: **non-reassuring**

Resuscitation of the infant consisted of: **chest compressions, epinephrine**
**Time in excess of 20 minutes**

Apgar Score: **1** at 1 minute **1** at 5 minutes **1** at 10 minutes of life.

The infant was admitted to the NICU for:

**Cooling protocol for Hypoxic Ischemic Encephalopathy status post prolonged cardiopulmonary resuscitation**

X Initial Cord gases were done due to: **prolonged resuscitation,**

   X Cord Arterial Blood Gas: pH: **6.89** pCO2: **82.200** pO2: **14.200** BE: **-19.80**
                                                             **0**

   X Cord Venous Blood Gas: pH: **6.90** pCO2: **79.200** pO2: **11.200** BE: **-19.60**

   Initial Cord gases were done due to:
     Cord Arterial Blood Gas:
     Cord Venous Blood Gas:

   Initial Cord gases were done due to:
     Cord Venous Blood Gas:

   *Initial Cord gases were done due to:*
     Cord Arterial Blood Gas:
     Cord Venous Blood Gas:

## Maternal/Prepartum/Intrapartum History:

Maternal Screening:

Maternal DOB: **13Dec1994** G: **1** P: **0** (T: P: A<20: )

Blood Type: **O+** DAT: **Neg**

Pregnancy was remarkable for:

**Severe Pre-eclampsia**
**Morbid obesity**

Group B Streptococcus: **Neg**

Hepatitis B Surface Antigen: **Neg**

Rubella: **Equivo**

Maternal Quad Screen:
  Genetics Testing

Maternal Medications:

Rupture of Membranes at: **28:26** with: **Meconium stained fluid.**

## Hospital Course By Systems

### Cardiac:

X Developed hypotension which was treated with: **Dopamine,**
  to maintain normal mean blood pressure.

Other significant issues included:

   **Initial hypotension, likely secondary to ischemia and severe metabolic acidosis treated with fluids and dopamine, resolved over first days of life. Metabolic acidosis resolved over first day of life and there were no further issues with BP or perfusion. At time of discharge, was hemodynamically stable with normal blood pressure and cardiac exam.**

### Pulmonary:

X Required assisted ventilation with: **PS/PC SIMV and HFOV, High Flow Nasal Cannula, Low Flow Nasal Cannual**

X Was on supplemental Oxygen for: **6** days for: **Respiratory distress; HIE**

X Infant had: **apnea and hypoxia** During the admission at: **39+6** weeks cEGA age.

  Infant was treated with: **Mechanical ventilation** . Events:

  Once medications were discontinued, events: **did not recur.**

  Other significant issues included:

REG: ▮ NMCSD

FMP+last 6SSN: ▮

DODID: ▮

ADMIT DATE: ▮ DOB: ▮

Fam Mbr Active Duty ADAA

Discharge Summary Notes

CliniComp, Intl.

EXHIBIT 1
page 2
Page 2 of 7 :ed Tue Aug 8 12:58:03 2017

USA-D-00009171

Initially intubated for respiratory failure associated with neonatal encephalopathy. Able to wean rapidly and extubated to nasal cannula with supplemental oxygen by 2nd day of life and off oxygen supplementation after 6 days. Intubated for OR (GTube). Noted to have a floppy, difficult airway requiring several intubation attempts. Once intubated, pt tolerated well and was extubated post-op without complication. At time of discharge, was stable on room air with no respiratory support required and no apnea or abnormalities in respiratory pattern.

## Heme/Bili:

Infant Blood Type: *B+*        DAT: *Neg*

Admission HCT: *54.6*

X Was treated with: *Iron,*                    for the anemia.

Discharge Hematocrit was:

X Became coagulopathic during admission and was treated with:        *FFP (fresh frozen plasma) x 2 treatments*

Other significant issues included:

*Infant was initially coagulopathic with elevated PT/INR/PTT which improved after vitamin K and FFP*

*HEME:*
*Last H/H (17May): 10/28*
*Started on iron 21May*

*BILI:*
*Phototherapy was not indicated, bilirubin levels trended down prior to time of discharge.*

*Would recommend continuing iron, and possible repeat heme check as indicated.*

## Infectious Disease:

X Infant was thought to be at risk for infection upon admission due to:        *prolonged ROM with meconium*

*Blood,*

Culture: #1 *Negative*        Sent: *1230 on 4/16*

X *Ampicillin & Cefotaxime*        were started for: *Rule out sepsis evaluation,*

Duration of therapy lasted:    *2*    days.

## Immunizations:

Infant received:    X Hep B#1,

Next Immunization due:    *2 months of age*

X This infant is not a candidate for Synagis.

Other significant issues included:

*Pt developed post-op fever/cellulitis at site of Gtube. Full ROS workup was negative. Was initially on Vancomycin/Gentamicin. Transitioned to Clindamycin. Completed a 7 day course for cellulitis, and Gtube site erythema/induration resolved.*

*At time of discharge, pt showed no signs of infection and was not on antibiotics.*

## Fluid/Electrolytes/Nutrition/GastroIntestinal:

X IVF were started due to:    *respiratory distress*

X TPN was started.    Duration of TPN days:    *7*

Initial feeds of: *Term 20 formula*        were started on by day:    *6*

Infant achieved full enteral feeds by DOL #:

X Infant developed feeding intolerance and as a result:

*Due to neurologic impairment and feeding intolerance, swallow study was done. (Pt was on full 150mkd gavage feeds, and had been attempting PO nippling ~20-30% of total intake)*
*Swallow study (12May): showed silent aspiration with breast milk; better with thick liquids, but still aspirating; no cough; no gag.*
*Due to aspiration risk, surgery performed GTube/Nissen procedure (13May) without complication. Pt NPO 24hr post-op. Feeds were advanced to full continuous feeds without difficulty. Parents received GTube teaching while inpatient.*

*At time of discharge, pt was not taking food by mouth and was on full continuous Gtube feeds without issue.*
*Plan to continue monitoring suck/swallow as an outpatient and continue to work with OT/Speech. Recommend no oral feeding until another swallow study can be performed to determine safe feeding. (possibly 3-6months)*

*Continuous feeds given via g-tube due to nissen fundoplication. Surgery team will work to compress toward more physiologic bolus feeds slowly as an outpatient.*

X Infant had electrolyte imbalances of:    *Calcium*        Required treatment with:    *Calcium Gluconate*

X Discharge Feeding:

REG:        NMCSD

FMP+last 6SSN:

DODID:

ADMIT DATE:        DOB:

Fam Mbr Active Duty  ADAA
                Discharge Summary Notes

EXHIBIT 1
page 3

USA-D-00009172

## Neurological:

X Due to: *intubation, procedures,*

Infant was treated with: *Fentanyl drip,*                    Treated for: *analagesia,*

X Infant developed seizure like activity during admission.

An EEG: *Revealed burst suppression, with intermittent activity.*

Infant treated with: *Keppra*

Pediatric Neurology recommended:    *MRI and EEG*

X Head CT/MRI results: *Brain MRI:*

> *patchy diffusion restriction within the bilateral thalami and basal ganglia, sparing the caudate. also effecting the posterior limb of the internal capsule and the genu and splenium of the corpus callosum. restricted diffusion about the periventricular white matter of the occipital horns of the lateral ventricles. The sulci within the cerebrum are poorly defined and there is mild compression of the lateral ventricles, suggesting some element of white matter edema; however, there is no herniation or hydrocephalus. There is mild vermian hypoplasia of the cerebellum. Overall findings are consistent with hypoxic ischemic injury affecting the deep gray matter with a suggestion of cerebral edema.*

Other significant issues included:

*Hypoxic ischemic encephalopathy due to prolonged resuscitation.*

X Other:

*Passed aBAERS hearing screen.*
*Diagnostic ABR (12May): passed*

*At time of discharge pt is seizure free. Pt to continue Keppra (15mg/kg/day). Follow up with neurology outpatient ~4-6wks from discharge.*

## Social:

*Social work consulted routinely for NICU admission.*

Concerns for follow-up:

*Traumatic delivery with severe PPH with hysterectomy in mother. Mother with anxiety and depression on Zoloft and in therapy. Multiple services to be involved in care after d/c home, including New Parent Support Program & Regional Center Early Intervention Program. EFMP completed and ECHO enrollment confirmed. PCM to be Dr. Kristen Aurigemma at NHCP Peds Clinic. Outpatient PT & OT authorized through Oceanside Therapy Group 760-529-4975. Skilled shift nursing through Premier Healthcare Services, 760-744-0200, submitted to ECHO and pending. Family is enrolled to WIC. All G-tube supplies authorized through Special Care, 858-694-5800.*

X Hospital Course Summary:

*Infant transferred from Naval Hospital Camp Pendleton after significantly prolonged resuscitation.*

*See hospital course by system above.*

## Discharge Physical

Weight: **4190** grams    Discharge Length: **56.5** cm    Discharge OFC: **38.5** cm

General Appearance:

Alert, moves all extremities equally and spontaneously. Responds to stimuli and sounds. Does not clearly regard a caregiver's face.

HEENT:

| | |
|---|---|
| Fontanel: | *soft flat and open* |
| Sutures: | *apposed* |
| Scalp/Head: | *atraumatic; normocephalic* |
| Eyes: | *EOMI; RR present BL; minimal response to visual stimuli* |
| Ears: | *grossly nml; no pits/tags* |
| Nose: | *nares patent, no discharge* |
| Mouth/palate: | *MMM; no cleft* |
| Neck/Shoulders: | *FROM; no crepitus* |
| Chest/Lungs: | *CTAB; no inc WOB* |
| Heart: | Rate: *RRR; no murmur* |
| | Femoral Pulses: *palp; symmetric* |
| Abdomen: | Umbilical Cord: *separated* |

*abd soft, nondistended; GTube in place; C/D/I w/some surrounding dryness/irritation; no erythema/induration. Small post-op scars healing*

REG:     ▮▮▮ NMCSD

▮▮▮▮▮▮▮▮▮

FMP+last 6SSN: ▮▮▮▮

DODID: ▮▮▮▮

ADMIT DATE: ▮▮▮   DOB: ▮▮▮

Fam Mbr Active Duty  ADAA

Discharge Summary Notes

CliniComp, Intl.

EXHIBIT 1
page 4
Page 4 of 7                    ...ted Tue Aug  8 12:58:03 2017

USA-D-00009173

|  | well |
|---|---|
| Anus: | NML |
| Genitalia: | X Male:  grossly nml; circumcised; palp BL testes |

| | |
|---|---|
| Extremities: | spont movement of all extremities |
| Spine: | in line; no cleft |
| Neuro: | Tone: normal appearing active and passive tone |
| | Reflexes: symmetric morrow; grasp; suck |
| | Deep Tendon Reflexes: hyperreflexic (3+) patellar reflexes; 3-5 beats of clonus in ankles ankles |
| | Other: pt has spont movements of head and extremities; strength is mildly diminished (some shoulder slip and decreased head control); hyperreflexia and clonus in BL LEs; minimal response to visual stimulus, some response to audible stimulus; no abnml tremor/movements |
| Skin: | no rashes/lesions; mildly pale |

## Disposition

| | |
|---|---|
| Disposition: | Discharged to home with parents. |
| Car seat test: | passed |
| Newborn Screen: | 4/16 TFTs inconclusive, CF inconclusive<br>4/17-TFT, CF nml. Abnormal with elevated AA levels (most likely due to TPN)<br>4/27- AA normal |

Critical Congenital Heart Disease Screening Test  Pass

| | |
|---|---|
| Hearing Screen: | BAERS passed          X Will need follow-up evaluation in:   Will need diagnostic ABR testing |
| | Parents were counseled regarding results of hearing test and follow-up. |

## Home Care:

| | |
|---|---|
| Feedings: | Continuous G-Tube feeds with Term Infant formula at 26mL/hr. Do not attempt oral feedings. |
| Medications: | Vitamin D 400 units/mL: Give 1ml by Gtube daily<br>Iron (Ferrous sulfate): Give 0.4ml (6mg) by Gtube every twelve hourse (twice daily)<br>Keppra (Leviteracetam): Give 0.8ml (80mg) by Gtube every twelve hourse (twice daily) |

## Follow-Up:

| | Provider: | Date: | Time: | Location: |
|---|---|---|---|---|
| Initial: | DR. KRISTEN AURIGEMMA | TUES, 31 MAY 2016 | 10:50 | NHCP PEDIATRICS, 2ND FL OF HOSPITAL. 760-725-4537. ***CHECK IN AT 10:30*** |

Consults: X

| | Provider: | Date: | Time: | Location: |
|---|---|---|---|---|
| #1 | PEDIATRIC SURGERY- DR. HENRY | WED, 1 JUNE 2016 | 09:00 | NMCSD 2 NORTH PEDIATRICS, BLDG 1, FL 2 (NEXT TO PICU). 619-532-5953 ***PLEASE ARRIVE AT 10:25*** |
| #2 | PEDIATRIC NEUROLOGY- DR. SERENA | TUES, 7 JUNE 2016 | 11:00 | NMCSD PEDIATRIC SUBSPECIALTY CLINIC, BLDG 2, FL 1. 619-532-6896 |
| #3 | HIGH RISK INFANT FOLLOW-UP/DEVELOPMENTAL PEDIATRICS- MARY MALINOWSKI, PNP & DR. WHITE | 4-6 months | | ***YOU WILL BE CALLED WITH AN APPT*** NMCSD DEVELOPMENTAL PEDIATRICS, BLDG 2, FL 1. 619-532-6879 |
| #4 | | | | |

X

I have discussed the patient with my Supervising Resident, and (s)he agrees with my assessment and plan. The Supervising Resident for this patient care encounter is:

Name of Supervising Resident:

| REG: | ▮▮▮ NMCSD |
|---|---|
| | ▮▮▮▮▮▮▮▮ |
| FMP+last 6SSN: | ▮▮▮▮ |
| DODID: | ▮▮▮▮ |
| ADMIT DATE: | ▮▮▮▮   DOB: ▮▮▮▮ |
| Fam Mbr Active Duty  ADAA | |
| Discharge Summary Notes | |

CliniComp, Intl.

EXHIBIT 1
page 5

USA-D-00009174

| Electronically Signed By Intern: | TONEY, TIMOTHY S LT | Date/Time: 1238 |
| | | 26May2016 |

X

X I have reviewed the above documentation. Examined the patient and discussed case with housestaff on rounds. I agree with documentation and treatment plan.

   X Staff additional comments:

   *Infant examined. Roomed in two days with parents who have both demonstrated ability to provide all care activities. Discussed emergency plans for if g-tube comes out, fevers, seizures and parents verbalized appropriate plans.*

Electronically Signed By Staff Attending:     BURNETT, JEREMIAH D LCDR     Date/Time: 1246 26May2016

---

X              **NURSING DISCHARGE INSTRUCTION**

DISCHARGE DATE: *26May2016*        DISCHARGE TIME: *1320*

DISCHARGE VITAL SIGNS:

TEMP *37.1*    PULSE: *150*     RESP: *48*     B/P: *77/35*

X AUDIOLOGY EXAM SCHEDULED: *Diagnostic BAERS-passed*    DATE: *12May2016*

   X Hearing screen letter given to parents.

X NEWBORN SCREEN DONE:     Date: *24April2016*

X HEPATITIS B VACCINE GIVEN:     Date: *17April2016*

X IMMUNIZATIONS CARD GIVEN TO PARENTS

X PATIENT SURVEY COMPLETED

X NICU REUNION FORM COMPLETED

---

**-NUTRITIONAL INFORMATION-**

YOUR BABY NEEDS TO BE FED EVERY *26 ml per hour*

LAST FEEDING WAS: *continous*       TYPE: *Similac or Enfamil*

---

**-MEDICATIONS-**

Medication Administration:
All oral medications should be mixed in a small amount of milk, 5 mls or 1 teaspoon, and fed to the baby. Never squirt the medication directly in your baby's mouth.

X DISCHARGE MEDS OBTAINED FROM PHARMACY

X MEDICATION INSTRUCTIONS:

                            X              X

X

*MULTIVITAMINS*
*ARE NATURAL SUBSTANCES THAT THE BABY'S BODY NEEDS TO GROW, DEVELOP, AND FUNCTION NORMALLY. MULTIVITAMINS ARE USUALLY TAKEN ONCE A DAY. DRAW THE MEDICAITON UP IN A SYRINGE AS TAUGHT BY THE NURSE. ALWAYS GIVE MEDICINE IN ABOUT 1/2 OUNCE OF FORMULA TO PREVENT CHOKING AND PREVENT STOMACH UPSET. SOME SIDE EFFECTS OF MULTIVITMAINS ARE: SLIGHT NAUSEA, UNPLEASANT TASTE. ONE MISSED DOSE IS USUALLY NOT A PROBLEM. GIVE THE DOSE AT THE NEXT REGULARLY SCHEDULED TIME IF YOU FORGET A DOSE. DO NOT TRY TO MAKE UP FOR A MISSED DOSE BY DOUBLING OR INCREASING THE NEXT DOSE.*

*FERROUS SULFATE (IRON)*
*PROVIDES THE IRON NEEDED BY THE BODY TO PRODUCE RED BLOOD CELLS. IT IS USED TO TREAT OR PREVENT IRON-DEFICIENCY ANEMIA, A CONDITION THAT OCCURS WHEN THE BODY HAS TOO FEW RED BLOOD CELLS. DO NOT GIVE FERROUS SULFATE MORE OFTEN OR TAKE MORE OF IT AT EACH DOSE THAN AS DIRECTED. GIVING EXCESSIVE AMOUNTS CAN BE HARMFUL. SOME SIDE EFFECTS FROM FERROUS SULFATE (IRON) WHICH ARE NOT COMMON ARE CONSTIPATION, NAUSEA, STOMACH PAIN, DARK STOOLS, TEMPORARY STAINING OF TEETH ( FROM LIQUID). CONTACT YOUR DOCTOR IF CONSTIPATION IS SEVERE OR PERSISTS. GIVE THE MEDICATION AS INSTRUCTED BY THE NURSE. MEDICINE SHOULD BE GIVEN AS ORDERED. ONE MISSED DOSE IS USUALLY NOT A PROBLEM. GIVE THE DOSE AT THE NEXT REGULARLY SCHEDULED TIME IF YOU FORGET A DOSE. DO NOT TRY TO MAKE UP FOR A MISSED DOSE BY DOUBLING OR INCREASING THE NEXT DOSE.*

    #1 *Leviteracetam Give 0.8ml (80mg) by Gtube every twelve hourse (twice daily)*

---

**-HOME EQUIPMENT-**

    OXYGEN

X Other:     *Feeding Pump and supplies*

---

**-PARENT TEACHING-**

---

REG: ▢ NMCSD
▆▆▆▆▆
FMP+last 6SSN: ▆
DODID: ▆
ADMIT DATE: ▆   DOB: ▆
Fam Mbr Active Duty ADAA
Discharge Summary Notes
CliniComp, Intl.

**USA-D-00009175**

Your Baby may be sick if:
1. There is a change in feeding pattern such as decreased sucking ability or taking less formula or is uninterested in Breastfeeding
2. If your infant vomits more than 1 feeding or if vomiting is forceful, Bloody, or Green
3. Difficulty in arousing your baby or if your baby is not as active as usual.
4. Fever greater than 100.5 Rectally or under the arm (axillary) or a rectal temperature less than 97.6 F
5. If your baby's urine is concentrated (dark like tea) and your baby has less than 6 wet diapers in 24 hours.
6. If the umbilical cord becomes moist or is bleeding or draining a foul smelling yellowish/greenish discharge or the surrounding skin is red
7. If your baby has had a recent circumcision and it is bleeding (more than the size of a quarter on the diaper)
8. If G-Tube area becomes red and inflammed, or if there is pus-like drainage from site.

Be prepared to call your doctor for any of the above.
Please note that if your baby is a Blue color or is having difficulty breathing you need to call 911.

You know your baby best and are encouraged to contact your physician if you feel there is a change in your baby's behavior. If your baby appears ill, before you call the physician, take a rectal temp. Write down any questions you may want to ask your doctor.

**IMPORTANT PHONE NUMBERS:**

**BREASTFEEDING WARMLINE NO:** 532-5261

**EMERGENCY NO:** 532-8275

**POISON CONTROL:** 543-6000 OR DIAL #911

X Identification verified with BANDS.

X Infant discharged in appropriate sized car seat.

BY SIGNING BELOW PARENT OR GUARDIAN VERBALIZES UNDERSTANDING OF DISCHARGE INSTRUCTIONS INCLUDING EDUCATION ABOUT THE CALIFORNIA SEATBELT LAW WHICH READS AS FOLLOWS, "ALL CHILDREN ARE REQUIRED TO BE IN A CHILD SAFETY SEAT, BOOSTER SEAT OR SEATBELT WHEN BEING TRANSPORTED IN A MOTOR VEHICLE. CHILDREN ALSO MUST BE SECURED IN A FEDERALLY APPROVED CAR SEAT IF THEY ARE SIX YEARS OF AGE OR YOUNGER OR WEIGH 60 POUNDS OR LESS".

| NURSE: | DATE/TIME: | PARENT/CARE GIVER: |
|---|---|---|
| PERRY, STEPHANIE A CIV | 1250 26May2016 | |

REG: ▮ NMCSD

▮

FMP+last 6SSN: ▮

DODID: ▮

ADMIT DATE: ▮ DOB: ▮

Fam Mbr Active Duty ADAA

Discharge Summary Notes

CliniComp, Intl.

EXHIBIT 1

page 7

USA-D-00009176