**Name:** ████████████ "██████          **Date: 10/14/20**
**B.D.:** ██████                                    **Page  1**

## HISTORY

"██████ is a 4½ y/o right-handed male referred by Anne E. Brown, R.N., J.D., for a comprehensive neurologic evaluation following intrapartum hypoxic-ischemic injury and subsequent diffuse encephalopathy.  The history has been obtained through extensive review of outside medical records in addition to which further history is reviewed with ██████ mom at the time of this evaluation which took place by Zoom video connect from the family's home in Somerset, Wisconsin to my office over approximately 1½ hours.  Present for the visit though not participating was ██████ dad assisting in the efforts to examine ██████

Chronologically, the history is that of a then 21 y/o married, white G1 female with last menstrual period (LMP) 7/15/15, yielding an estimated date of confinement (EDC) of 4/20/16 and then modified by an ultrasound at 12 weeks 5 days gestation on 10/5/15 to a final EDC of 4/13/16.  Pre-pregnant weight was 246 lb in a 5'4" frame, yielding a BMI of 42 and mother's weight rose to a high of 299 lb at the end of pregnancy.  The mother denied smoking, alcohol consumption or recreational drug use during pregnancy and prenatal labs were unremarkable including O positive blood, antibodies negative, Hgb/Hct of 13.2/38.9% - 12.3/38.6% with normal platelets.  Titers were all acceptable, 1-hour GT was 88 and GBS was negative.  Mother had a history of anxiety but otherwise, she brought no historical medical problems to her pregnancy except for obesity.

Bacterial vaginosis was documented on 11/9/15 treated with Flagyl.  Mother did experience early hypertension, occasionally, but not sustained though progressively with time, BPs rose as gestation progressed.

OB ultrasound (OBUS) performed on 12/1/15 at 20 weeks 4 days gestation documented a fetal heart rate (FHR) of 155 bpm, estimated fetal weight of 347 gm (55th %ile) and cervical length of 3.9 cm.  The placenta was anterior with no evidence of previa and fetal anatomy was normal.  Fetal movement was present by ultrasound by 11 weeks 5 days gestation, and perceptible fetal movement was noted by 15 weeks 5 days gestation.  Mother's urines were negative/negative, but by 36 weeks gestation, peripheral edema had developed and proteinuria became prominent.

Subsequently, mother presented on 4/15/16 at 0950 with a history of premature rupture of membranes at 0630 that day after which she began feeling contractions.  BP was 166/77 and the plan was to treat with labetalol.  The plan was also to progress to expectant spontaneous vaginal delivery, though induction was planned as the BP stayed elevated.  Repeat urinary protein on 4/15 documented greater than 800 mg% of protein.  Urine specific gravity was 1.041 with severe proteinuria.  Mother's labs were otherwise unremarkable including electrolytes, BUN, glucose, and creatinine.

Electronic fetal monitoring was initiated shortly after mom's admission and revealed a FHR of 135-140 bpm with average variability, positive accelerations and no decelerations.  Mother was felt to have severe preeclampsia treated with labetalol and then magnesium

# Stephen T. Glass, M.D., P.S. ~ Northwest Child Neurology

**Name:** ▮▮▮▮▮▮▮▮▮ "▮▮▮▮▮   **Date:** 10/14/20
**B.D.:** ▮▮▮▮▮           **Page  2**

## HISTORY (cont)

sulfate, but after admission, inadequate urine output was noted and subsequently, Pitocin induction was planned due to the inadequacy of labor.

Fluctuating high BP continued throughout the period of labor, and during this time, monitoring was carried out.  At 1940, sterile vaginal exam (SVE) yielded 1-2 cm/70%/-3, and an IUPC was placed at this time.  Contractile activity increased at this point, and more contractions were perceived by mother.  SVE at 0252 yielded 3.5/70%/-2, and at 0604, 5 cm/70%/-3. SVE by 0850 yielded 9/C/-1.

From 0900 to 0930, fetal heart baseline was at approximately 130 bpm with repetitive late decelerations prompting position change, IV fluids, oxygen and subsequently, discontinuation of the Pitocin at 0915 after which late decelerations resolved slowly. Pitocin was left off until 0946 due to recurrent late decelerations.

Subsequently, after complete dilation (C/C/0) was achieved at 0921, mother started to push with which, late decelerations were documented to 90 bpm and then to 80 bpm and then to 70 bpm.  Attempts at pushing led to poor expulsive effort at 0 station, Pitocin was restarted at 0946 and at 1015, mother had notable emesis.  Following this, FHR dropped to 60-90 bpm for 8 minutes for which she was given oxygen, Pitocin was stopped again and terbutaline was given. At 1020, a decision was made to perform a C-section. In the OR, from 1041 to delivery at 1056, bradycardia to 70 bpm with no variability was noted and the C-section was changed to urgent.

Subsequently, delivery was completed by C-section on ▮▮▮▮▮▮ at 1056 hours, birthweight 3400 gm (50th %ile), length 53 cm (90th %ile) and OFC 36 cm (60th %ile).  Apgar scores were 1 (HR), 1 and 1 at 1, 5 and 10 minutes respectively.  At birth, meconium-stained amniotic fluid was documented.

Cord blood gases were drawn, though it was stated that the blood gas specimen sat at room temperature for approximately 75 minutes prior to being run.  Cord arterial blood gas was reported as pH 6.89, $pCO_2$ 82.2, $pO_2$ 14.2, bicarb 15.4 (-20) and cord venous blood gas reported as pH 6.90, $pCO_2$ 79.2, $pO_2$ 11.2, bicarb 15.3 (-20).  (It is to be noted that these two specimens are sufficiently close to one another, and especially given the predelivery fetal monitor strip, these findings, more probably than not, indicate blood that has been drawn from a single vessel only, likely vein, and therefore, an accurate arterial specimen is not available.)

At birth, ▮▮▮▮▮ was described as cyanotic, apneic and floppy.  He was dried and stimulated, and there was no reported initial tracheal suctioning for meconium, and the HR was less than 60 bpm.  Positive pressure ventilation was started at 40 seconds of life and a code blue was called at 1 minute 55 seconds of life, after which chest compressions were begun.

**HISTORY (cont)**

The first attempt at endotracheal intubation occurred at 4 minutes of life with which no breath sounds or color change was noted and similarly, at 0510, with the second attempt at endotracheal tube placement where no breath sounds or color change was noted. Chest compressions continued, and first dose of epinephrine was given by endotracheal tube at 5 minutes 52 seconds of life, though it was noted thereafter that the epinephrine was bubbling back from the endotracheal tube, raising questions as to its proper placement.  No pulse and respirations were documented at 8 minutes of life, and at 9 minutes 42 seconds of life, a third attempt at endotracheal tube intubation was completed where faint breath sounds were noted and only slight color change was noted on $CO_2$ capnography.  Several further doses of epinephrine were administered, one by endotracheal tube, and at 1451 minutes of life, by umbilical venous catheter.  At this point, a fourth attempt at endotracheal tube placement was completed, but prominent blood and secretions were noted in the posterior pharynx, obscuring visualization of the cords.  As a result, the physician called for suction, anesthesia was called and subsequently, the infant was intubated with a 3.5 endotracheal tube on the fifth attempt followed by poor chest wall movement and the inability to hear breath sounds.  Several minutes later, there was the first reported suctioning down the ETT and although no return was documented, just 25 seconds later the $SpO_2$ rose from 16% to 48% and then 62%.  Clinically, the providers felt that the tube appeared to be deep in the trachea (at 13 cm from the tip), but the HR remained low at 60 bpm, at even 24 minutes of life.

At 28:30 minutes of life, HR rose to above 100 bpm and chest compressions were stopped.  Chest x-ray was later reviewed and felt to reflect either a right main stem intubation or an esophageal intubation during this period of time.

The first UVC gas done at 1205 was pH<6.5, $CO_2$ >130 $O_2$ 50. The first ABG (done at 2 hours 5 minutes of life- 1300) was 6.77/50/126/-30.

Given the infant's clinical status and neurologic depression, a transport team from Rady Children's Hospital that had been called for another baby was diverted to help resuscitate and transfer ▮▮▮▮▮ to Naval Medical Center San Diego (NMCSD).  The transport arrived at 1130 hours, 35 minutes of life, at which point the baby was noted to be apneic with both central cyanosis and pallor as well as being unresponsive and flaccid.  Blood sugars reflected minimal hypoglycemia for which the baby was also given IV D10W.

The transport team adjusted the ETT to 10 cm at the lip, gave fluid resuscitation, increased the ventilatory pressures, put ▮▮▮▮▮ on a ventilator, put in a UVC/UAC and placed an OG tube.  An x-ray done after these interventions showed improved aeration of the lungs.  The transport team apparently did not have a portable cooling device with them, so the baby was passively cooled during transport.  Upon arrival at NMCSD, the baby was placed on a neonatal cooling device, but switched to the cooling blanket roll due to "technical difficulties."  It was noted at the change of shift that the HR was drifting to the high 60s and the doctor was called to the bedside.  He noted that the baby's core temperature was 30ºC, and the blanket was only running at 33ºC.  It was then detected that the blanket roll

## HISTORY (cont)

was set on manual, and upon resetting this to the auto mode, the infant target temperature of 33.5ºC was achieved.

Moreover, after transfer to NMCSD, the prior history was reviewed and the baby examined.  It was commented and was unclear from the notes how long before the infant was breathing spontaneously with an adequate HR and it appeared to be 28 minutes before a HR greater than 60 bpm had been achieved.  In addition to cooling therapy, suctioning on arrival returned a copious amount of thick tan/bloody secretions.  Ventilator support was provided through a HFOV and a cooling blanket was also provided.  Profound metabolic acidosis was documented with a lactate of 15 for which he was put on an infusion of sodium acetate to replace body buffers.

Chest x-ray was taken which showed proper placement of the endotracheal tube.  Throughout this time, the baby seemed to respond well, achieving target temperature and also gradual improvement in the infant's HR.

During the period of ventilatory support, ████ was reportedly hyperventilating with $pCO_2$ in the low 20s, apparently as an effort to compensate for severe metabolic acidosis.  Subsequently, a change to a conventional ventilator was made and progressively, this was weaned.  ████ was extubated on the morning of 4/17/16.  Initially, he was also anuric with blood-tinged urine and large blood in the urinalysis, clearing as the night progressed.  He was also given fresh frozen plasma and an additional dose of vitamin K with stable hematocrit or no clinical evidence of bleeding.  Antibiotics were maintained for 72 hours until cultures returned negative, and subsequently discontinued.  Total body cooling was continued for 72 hours.

Some pulmonary difficulties were also noted with chest films showing findings of a left-sided pneumothorax and hazy opacity involving the right lung field which was felt, in part, due to a pleural effusion.  The differential was that of lung disease versus pulmonary edema from aggressive volume resuscitation, possible left-sided pneumothorax and hypotension.  No comments were made, however, regarding the prior observation of meconium.

Subsequently, as he was rewarmed, ████ was noted to have seizure activity with finger twitching and eye fluttering for which he was given multiple doses of phenobarbital and then two loading doses of Keppra.  Brain MRI was performed on 4/20/16 at approximately 4 days of life and revealed patchy areas of restricted diffusion within the thalamus and basal ganglia bilaterally, sparing the head of the caudate.  It was also noted that the restricted diffusion affected the posterior limb of the internal capsule and the genu and splenium of the corpus callosum.  Restricted diffusion was also evident in the periventricular white matter of the occipital horns of the lateral ventricles bilaterally.  Sulci and gyri of the cerebral hemispheres were poorly defined and there was mild compression of the lateral ventricles suggesting some element of white matter edema.  Incidental finding of mild vermian hypoplasia of the cerebellum was also commented upon.  Overall findings

### HISTORY (cont)

were felt to be consistent with a hypoxic-ischemic injury affecting deep gray matter, corpus callosum, periventricular white matter, occipital horns and deep cerebral white matter tracts with a suggestion of cerebral edema.  Concerns were raised regarding long-term prognosis and risk of cerebral palsy in light of the MRI findings.

As ████████ condition improved, attempts were made at oral feeding, but he had no suck reflex, and as a result, orogastric (OG) tube feedings were maintained.  Concerns were raised about the possibility of aspiration, and on 5/11/16, ████████ underwent a videofluoroscopy of swallowing revealing direct aspiration of several swallows without gag reflex, and as a result, a gastrostomy tube placement was planned.  Subsequently, in addition to placement of a gastrostomy tube, a decision was made to complete a Nissen fundoplication given his severe neurologic injury and aspiration with limited ability to protect the airway.

During the intubation for his gastrostomy tube placement, difficulty with visualization of the cords was encountered, and they were quickly obscured by secretions.  Multiple attempts at intubation failed, though ████████ remained stable on positive pressure ventilation.  Subsequently, the pediatric ENT was successful on his second attempt to intubate him, and at that time, examination by fiberoptic scope was carried out, and it was noted that the supraglottic region was abnormal with retroflexed epiglottis and anterior larynx.  ████████ was extubated without difficulty and then had no further respiratory issues.  ████████ was ultimately discharged on 5/26/16 at 41 days of life.

At the time of discharge on 5/26/16 at 41 days of life, ████████ was on continuous feeding by G-tube, and was also receiving Keppra as an anticonvulsant with seizures well controlled.  He had spontaneous movement of all four limbs but was hyperreflexic with clonus at his ankles.  Strength was noted to be mildly diminished, and he had minimal response to visual stimuli but some response to auditory stimuli.  Follow up with various disciplines was planned.

Once home from the hospital, ████████ continued to feed by gastrostomy exclusively, receiving no oral feedings whatsoever.  No stereotyped spells have been seen that might be construed to seizures, and since discharged as a newborn, parents have not seen any seizure activity, whatsoever.  Ultimately, he was tapered off anticonvulsants around 4-5 months of age.  For the first several months, mom indicates that ████████ "slept a lot," and in general, he was quiet, subdued and less interactive.  He really was "not like other babies," as time passed, moreover, and in the first few months, specifically, he was not showing a lot of physical activity or movement.  By 3-4 months of age, he was not showing rolling, did not tolerate tummy time, was not able to lift his head when placed in prone, tended to show fisting in both upper extremities, left more than right, the inability to reach, grab, hold on to objects or bring them to midline and also showed no cooing and less social relatedness.

First early intervention support began after ████████ initial neurologic follow-up appointment around 3-4 months of age.  This was started in San Diego, where the family

**HISTORY (cont)**

was living at the time as dad remained in the military, at Oceanside Therapy where ████ received weekly physical therapy and occupational therapy.  In this context, the therapist echoed the family's concerns that abnormalities in sensorimotor development were present along with problems in social relatedness and early communication.  They worked on tone management, postural control, keeping ████ hands open and also facilitating more normal movement.

At 5 months of age on 10/11/16, ████ was showing evidence of developmental delays, and by 7 months, in December of 2016, the pediatric neurologist officially diagnosed ████ with moderate hypoxic-ischemic encephalopathy, global developmental delays and that he was at risk for cerebral palsy.  No seizures had occurred since the neonatal period, and as a result, he was weaned off Keppra.  Early intervention had also been started, ████ being seen by PT, OT, speech/language and developmental pediatric follow up.

Subsequently, therapy continued, though in December of 2016, the family moved from California to Wisconsin as dad left the military.  In this context, ████ went without therapy for several months, though he seemed to fare well with no evidence of developmental regression.

With the move to Wisconsin, care was transferred to Gillette Children's Specialty Healthcare in St. Paul, Minnesota, and ultimately, his diagnosis included spastic quadriplegic cerebral palsy secondary to hypoxic-ischemic injury and global developmental delay.  Throughout this time, he continued with gastrostomy tube feedings exclusively and early intervention support.  Therapy was ultimately restarted through Gillette Children's Hospital where ████ received regular speech and language therapy, physical therapy and occupational therapy, once to twice per week.

On 8/1/18, endoscopic evaluation of swallowing was carried out, and it was asked that the ENT physician assess laryngeal anatomy and swallowing function.  An excellent view was possible of ████ anatomy, and at that time, no anatomic abnormalities or functional limitations of the larynx or adjacent structures were encountered.  ████ required anesthesia for his brain MR on 12/17/18, and at that point, it was noted that no difficulties were encountered with the airway.

This brain MR performed on 12/17/18, when compared to the prior MR performed on 4/20/16, revealed similar findings now, however, chronic in nature.  Increased signal intensity was noted on FLAIR imaging in the cerebral white matter juxtaposed to the lateral ventricles in the parietal and occipital lobes.  A small amount of FLAIR hyperintensity was noted along the dorsal aspect of the lentiform nuclei bilaterally also felt to reflect the chronic sequelae of a remote hypoxic-ischemic injury.  Expected temporal evolution had occurred since the prior MRI when reviewing this study.  Also, there was mild diffuse volume loss of brain parenchyma throughout cerebral hemispheres.  Neurology visit commented that the MRI follow up demonstrated fairly typical evolution of the prior hypoxic-ischemic encephalopathy.  It is to be noted that on 11/19/18, at 31 months of age,

# Stephen T. Glass, M.D., P.S.  ~  Northwest Child Neurology

**HISTORY (cont)**

████████ head circumference was 50 cm (70th %ile) reflecting appropriate brain growth since the original insult.

Overall, mom describes significant sensorimotor abnormalities which became only more apparent with time, not due to any loss of previously acquired skills but rather, due to the failure to acquire skills. ████████ showed increased extensor tone with arching, retroflexion of his head and neck, shoulder retraction, fisting, left greater than right, and a relative left hemiparesis. He was relatively immobile initially with no means of moving from one point to another, though gradually with time, he has shown better tone management, greater volitional and purposeful movement and better antigravity control. With continued therapy efforts and with maturation over time, ████████ has developed more functional motor abilities, and starting about a year ago, he began rolling from back to tummy and then tummy to back and now, he is able to roll from one point to another as a means of mobility. In addition, ████████ has developed more and more ability to bear weight on his knees, initially doing quick shuffling with his knees in a commando-like crawl but then, since December, supporting himself in knee standing which he has done for almost a year now.

Currently, ████████ is able to roll from one point to another, shows far better head control when placed in prone but still prefers supine. He is able to roll and then transition into slight weight-bearing on his knees and make a "quick shuffling movement" and then get up to a knee crouch or a knee stand. He is able to rise now to a knee standing position in the middle of the floor and show reciprocal gait stride and knee walking from one point to another though commonly will fall down onto his hands into a quadruped position and then, with upper extremity support, use a bunny hop crawl and continue forward. He will pull himself up on the edge of a couch and knee walk along the couch for a long period of time. He has recently started to pull himself up to stand on the edge of a couch or table, although often, incomplete extension of the hips and knees is noted with forward leaning onto the couch for a lot of support. He does not stand or walk independently, and in general, he has continued to show increased extensor tone with a tendency to lock his knees with forceful plantarflexion while standing while showing axial hypotonia and postural instability. As a result, if he tries to stand along the edge of a couch and show any movement at all, he will typically fall.

████████ has shown good visual attention and good fix and follow. For a period of time early on, he seemed to show a left exotropia, but gradually this resolved and now his gaze is conjugate. It is fairly easy to get his visual attention, and he will show good fix and follow with no gaze preference or evidence of a visual field impairment.

████████ is very social and engaging. He laughs, vocalizes, smiles and is a very happy child. Overall, his temperament is extremely well-disposed but also, he is highly sensitive and vigilant, quite "emotional" if told "no," with which, he will curl his lip, frown and then cry or may go into a tantrum. He startles easily to sudden, loud noise such as the family dog barking and loud noises, clapping, coughing or sudden high-pitched sounds will also promptly lead to a startle. He is very aware of other people's emotions, moreover. Mom

### HISTORY (cont)

indicates that if she is crying, he will often cry with her "in sympathy," or if he sees something sad on TV, he will also cry, _____ appearing to be very emotionally aware.

In communication areas, _____ has relied upon visual attention, anticipation and association rather than functional communication abilities.  Receptively, however, he now does understand yes and no and basic commands such as "Want to go outside?" or "Let's eat," or "Time for bath."  He understands "Let's go get in the car," but he does not really follow physical commands using his body such as "hands down" or "hands up" or "sit up tall."  Nevertheless, when dressing, he is able to help and anticipate what is needed but not necessarily as a consequence of being told to do so.  If he is asked, "Where's Kennedy?" (his dog), he will look about and find him as he will if he is told "Where's mom?" or "Where's dad?"  He tends to use visual regard rather than physical pointing with his hand or arm.

Expressively, _____ relies upon crying, frowning, smiling, laughing and vocalizing.  He has an angry cry or yell if he is upset, and if he wants something, he may vocalize loudly, but more than that, parents anticipate his needs and therefore, obviate the need for vocal communication.  He will say "dada dada" for dad and has said "dad" once and is working on "mom."  He has no other vocal sounds that are words or word approximations.  He does not point, gesture or sign but rather, he may have a gaze towards an object if of interest.

At play, _____ enjoys playing with his puzzles, any toys with light, pushing buttons and making lights flash such as his toy laptop.  He likes to play with this, pushing buttons and it lights up, and at school, he will play with balls or watch others play.  Often, his peers in class will build towers of blocks and then, prompt _____ to "knock them down."  He does not show imaginative or creative play. Rather, it is more sensorimotor play, holding things, handling things, moving them about.  He is able to grab a ball and hold on to it with his right hand and is able to make throwing efforts of a ball.  He will play with blocks, putting them into a bed, and he loves his water toys when he is taking a bath.

_____ is very social and especially after a period of warm-up, he becomes more comfortable and interactive.  He loves his classmates at school but is especially fond of his 8 y/o uncle with whom he will "wrestle," climbing all over each other, enjoying physical sensorimotor play and roughhousing.

_____ relies upon others for all aspects of feeding, bathing, dressing and undressing, mobility, transportation, problem-solving and communication.  He has no functional independent activities of daily living/self-help skills.

_____ continues to be fed exclusively by gastrostomy.  He is placed on the pump where he is given 400 mL of Compleat formula, every 3½ hours for a total of five to six feedings a day which is administered at 600 cc/hr by pump.  After each feeding, he receives about ½ cup of water as well.  All feeding/nutrition is given by gastrostomy exclusively with not even tastes given by mouth in that he has been demonstrated to aspirate every texture

## HISTORY (cont)

presented.  He will undergo more feeding rehabilitation at Gillette in the near future, and it is hoped that some oral feedings might be possible after documenting airway safety.

In addition to feeding supplies and gastrostomy tube, equipment that is available at home includes a Zippie wheelchair, a Standz stander, a Grillo gait trainer, high calf AFOs, previously wrist splints but no longer, a bath chair (which just broke and the family needs a new one), a wheelchair lift for the stairs in the home, and he outgrew his high chair.  Now, he is fed while placed in the wheelchair, and he just got out of a crib and is now sleeping in a toddler bed with no adaptive equipment.

████████ goes to bed around 8 pm, falling asleep within 20 minutes after reading him a story and with which he will "help turn the pages."  He seems to be quieted by this and then settles down, sleeping all night unless he needs a diaper change with which he awakens and goes back to sleep.  Typically, he is up around 6 am on school days, ready to go to school.  Naps occur inconsistently depending on the day, but if he has had a busy day and played a lot, he may sleep on the floor spontaneously for an hour or so.

Good visual attention has been noted with conjugate gaze as described.  No visual concerns are present.  Similarly, his hearing is intact, if not acute.

Behaviorally, ████████ does have tantrums if he does not get what he wants or if parents are leaving him and going.  If ████████ wants something, he may get frustrated, reactive, scream and then have a meltdown, lasting 5-10 minutes.  Similarly, several days a week, ████████ is left with paternal great grandmother when both parents are at work for several hours, and when they leave, he may have a tantrum and then he quiets promptly thereafter.

████████ is cared for at home by both parents.  Parents' work schedules are different, and therefore, with staggered hours, most care is provided at home.  Mom works as a dental assistant 8 hours a day, full-time, and dad works as part of airport security as a dog handler, screening cargo for illicit content.  Dad tends to work more at 5 pm, but much of his work is also at home, and therefore, he provides care for ████████ during the day unless he needs to leave for work with which he is dropped off from 3 pm to 5-5:30 pm at great grandmother's house where mom will pick him up when she leaves work.  ████████ is an only child.

████████ was in early intervention support as noted and then started developmental preschool at 3 years age and, in fact, September of last year.  He then shifted from private community-based birth to three therapy to all therapy at school where now he receives regular physical, occupational and speech and language therapy.  He still will be going to Gillette Children's Hospital soon for a speech and language and feeding evaluation and also, investigation as to the benefits of communication board and assistive technology.  Prior to preschool, he was receiving, as noted, therapy at Gillette, speech and language therapy once per week, PT and OT each twice per week.

**HISTORY (cont)**

All along, only progress has been noted with no loss of previously acquired skills. As indicated, no seizures have been noted since the newborn period, and as a result, Keppra was discontinued at several months of age and no episodes have recurred. Currently, regular follow up is provided by Dr. Gagnon in Complex Care at Gillette Children's Hospital once per year and by Dr. Schertz, primary care physician, once a year. Other consultants are seen as needed including orthopedics, gastroenterology, nutrition, ophthalmology, and neurology rather than on a regular basis.

**PAST MEDICAL HISTORY**

Pregnancy/Delivery,
 Neonatal & Development: As above. Also see enclosed records.
Major Illnesses:             Reactive airway disease, periodic pneumonia and bronchitis when sick.
Hospitalizations/Surgery:   Gastrostomy placement only around 1 month of age.
Accidents/Injuries:          None.
Immunizations:              Up to date.
Allergies:                   None known.
Medications:               Ventolin inhaler, Flovent, MiraLax occasionally and Tylenol prn.

**FAMILY MEDICAL HISTORY**

Unremarkable for neurologic disease. As indicated, ⬛⬛⬛⬛ lives with both parents in Somerset, Wisconsin.

**PHOTO**



# Stephen T. Glass, M.D., P.S. ~ Northwest Child Neurology

## PHYSICAL EXAMINATION

**Mental Status:** An alert, very active, wiggly, intermittently vocal if not gleeful young man in no distress. Variable eye contact though, at times, good visual gaze, though often, gaze aversion. Smiles responsively with open mouth smile, laughs with a lusty laugh and, in general, happy and exploratory.

**Cranial Nerves:**

**II:** Visual fields grossly full, fairly good visual attention though at times gaze aversion.

**III, IV, VI:** EOMs full and conjugate with saccadic visual pursuit, difficulty dissociating head and eye movements during pursuit tasks. PERRL at 3 mm.

**V:** Symmetric bite.

**VII:** Symmetric facies though wide-mouthed smile with excessive drooling or incipient drooling.

**VIII:** Turns to sound AU.

**IX, X:** Palate elevates symmetrically.

**XI:** Turns head to either side.

**XII:** Tongue midline though mounded in midline with limited lateral tongue mobility observed and no protrusion.

**Motor:** Axial hypotonia and variably increased extremity tone, left greater than right. Left arm is often held in a more high-guard position with shoulder elevation, elbow flexion, hand fisting. Decreased spontaneous use of left side but will reach and bat at objects with either hand, grasping ball with right hand, especially when side lying and supported. When upright, tends to show far more wiggly movements that are athetoid in character along with which dystonic movements are prominent. PROM notable for increased tone that is variable, left side more than right side. In addition to being higher tone with more fisting, left hand and wrist are often held in wrist dorsiflexion posture with mild ulnar deviation. With volitional effort reaching towards object, visible dystonia is present, influencing both upper extremities and at times head and neck with retroflexion. When supine on floor, will raise buttocks sequentially and rotate about, making movement from one point to another or pull self along and slide forward. Subsequently rolls, transitions over to knees with partial weight-bearing and then rises up to a knee crouch and knee standing position and bouncing/hopping in that position or taking a more reciprocal walk stride forward in partial knee walk. Often falls back on buttocks from a knee standing position. Subsequently, will drop into a quadruped position with weight-bearing on fisted hands, left greater than

## PHYSICAL EXAMINATION (cont)

**Motor: (cont)**

right, but most weight still on lower extremities.  Then, may take bunny hop gait stride in crawling forward or fall back on reciprocal gait stride in knee walking.  Able to move about quite effectively, as a result.

**Sensory:**

Intact.  No obvious tactile hypersensitivity.

**Coordination:**

Poorly integrated and graded reach, no selective finger movement, gross primitive grasp of ball with hand, holding on to objects and then dropping them.  Does not transfer in midline consistently and less well-developed reach on left.

**Gait:**

Nonambulatory.  Nevertheless, as indicated, shows a mixed pattern of mobility, largely knee walking, knee hopping, hands-knees crawling with bunny hop gait in lower extremities.  Pulls to stand on edge of couch, but in doing so, partial flexion at hips and knees remain with forward leaning posture onto couch edge.  Does not take significant strides to the side when weight-bearing with support.

**DTRs:**

Not tested.

**Head/Neck:**

OFC 52 cm.  Eumorphic.

**Cortex:**

OKN could not be tested.  Very vocal, numerous sounds, mostly open vowel and gleeful, no consonant sounds appreciated and no words.  Does not follow commands, does not point to body parts and does not perform physical acts based upon verbal command.  Fairly good head righting, fair body righting, inconsistent equilibrium response in lower extremities bilaterally, sluggish protective extension forwards.  Very busy throughout, exploring room but, in addition, physically busy with excessive involuntary movements that appear athetoid in character.  With any loud noise, quick startle response is noted.

**General Examination:**

**HEENT:**

Unremarkable.  Eumorphic.  Neck supple.

**Chest:**

Normal contour, no obvious congestion audible, though chest auscultation not possible.

**Abdomen:**

Soft, benign.  Gastrostomy button in place LUQ.

**Musculoskeletal:**

Spine straight without deformity.  Increased tone in upper and lower extremities, but no fixed contractures.  A tendency towards forceful plantarflexion with resistance to passive

**Name:** ▋▋▋▋▋▋▋▋ "▋▋▋▋▋▋     **Date:** 10/14/20
**B.D.:** ▋▋▋▋▋     **Page** 13

## PHYSICAL EXAMINATION (cont)

Musculoskeletal: (cont)    dorsiflexion bilaterally. A tendency towards wrist dorsiflexion on left, easily reduced and beyond.

Skin:    No neurocutaneous lesions though small dimple at the upper edge of the gluteal crease.

Weight:    35 lb.

## ASSESSMENT

▋▋▋▋ was born of an unremarkable pregnancy early on, though subsequently, he experienced abnormalities in the FHR prior to delivery with decelerations, frequent and at times sustained and ultimately culminating in neurologic depression at birth with Apgar scores of 1 at 1 minute, 5 at 10 minutes and also, requiring a prolonged resuscitation. Certain aspects of the resuscitation are concerning, seemingly complicated and protracted with significant difficulties with intubation of the airway, possibly representing a delay in aspects of treatment and, as a result, reflected in marked delay of recovery of ▋▋▋▋ HR to the normal range. As indicated, ▋▋▋▋ HR did not rise above 60 bpm until more than 28 minutes of life at which point, chest compressions were stopped. Hence, more probable than not, a significant period of further underperfusion and impaired oxygenation occurred during this period of resuscitation, especially considering the fact that even the best resuscitative efforts in chest compression can only approximate 35% of the normal cardiac output and therefore, likely impaired brain perfusion continued during this period of time as well as during the immediate pre-delivery period.

More probably than not, given all factors present, ▋▋▋▋ Breault suffered an hypoxic-ischemic insult prior to and immediately after birth leading to irreversible brain injury. Given the character of his MR findings and the clinical history, more probably than not, this insult involved a pattern of near total acute asphyxia, reflected in insults to the basal ganglia and thalamus along with acute changes within the periventricular white matter in the occipitoparietal regions bilaterally. Collectively, these injuries serve to create permanent hypoxic-ischemic injury to ▋▋▋▋ brain secondary to which, he now suffers from a mixed developmental disorder and global neurologic impairment. While "spastic" cerebral palsy has been commented upon in the records, the distribution of his injury and the character of the events leading to the injury, along with the neuromotor findings on examination, are such that more likely than not, ▋▋▋▋ has a mixed cerebral palsy with both spastic and extrapyramidal elements.

Now, as a consequence of the hypoxic-ischemic injury, ▋▋▋▋ presents with neurologic deficits that are widespread in character if not pervasive and, more likely than not, would be lifelong.

First, ▋▋▋▋ presents with an **asymmetric mixed quadriplegic cerebral palsy involving both spastic and extrapyramidal elements**. His upper extremities are notable for increased tone that is highly variable in character with posturing, especially in the face of volitional movement and positioning that constitute dystonia as well as nearly continuous

## ASSESSMENT (cont)

"wiggly" movements that are athetoid in character.  These movement disorders are a byproduct of basal ganglia injury and therefore, part of the near total acute asphyxic pattern.  At the same time, spastic weakness is present bilaterally, left more than right, with fixed abnormalities in tone and velocity-dependent abnormalities that are a byproduct of corticospinal pathway involvement.

Secondly, _____ presents with **severe oral motor deficits affecting feeding and speech.**  These oral motor difficulties have led to significant dysphagia, and in fact, _____ is fed nothing by mouth at the present time due to the fact that he aspirates nearly all textures presented on videofluoroscopy of swallowing.  This reflects sensorimotor deficits affecting not only motor control of his pharynx and swallowing muscles but also, sensory processing that gives the message as to how to handle intraoral food and fluid.  It is just this injury, moreover, that accounts for the description of _____ "floppy airway" at approximately one month of age. These challenges thereby impact _____ not only as it relates to safe and effective feeding by mouth but also, his speech.  Speech is limited and rudimentary, largely open vowel vocalizations with rare reduplicative babbling or "word approximations" such as "dada."

Third, _____ shows more **widespread deficits in language functioning**, over and above speech, affecting both receptive and expressive skills.  _____ shows limited ability to follow commands, limited recognition of verbally presented communication and limited understanding.  Similarly, he has no effective vocal language but rather, relies upon a "behavioral dialect" such as tantrums, vocalizations and possibly, even eye gaze.  Hence, he relies on paralinguistic abilities, and given this fact and given his oral motor difficulties, nonvocal communication/augmentative communication support is vital.

Fourth, _____ shows **marked impairment in his activities of daily living and self-help skills.**  He is entirely dependent upon others for all aspects of care including dressing and undressing, bathing, toileting, food preparation, eating, mobility, medication administration problem-solving, and symptom identification.  More probably than not, each and every one of these areas of functioning will require adult supervision for the remainder of his life.

Fifth, _____ presents with a **highly variable attention span and impaired processing** skills.  He is exquisitely sensitive to stimuli in his environment, sensitive to transition and change, sensitive to redirection and the word "no" and also sensitive on a primary basis to loud noises or sudden sounds.  This reflects abnormalities in sensory gating, likely through frontostriatal pathways, part of the near total acute asphyxic injury described above.  On one hand, this leads to a heightened level of arousal and heightened level of awareness including his highly tuned emotional awareness of others' response and his empathy.  These behaviors will likely become more apparent over time.

Sixth, _____ presents with a **history of seizures**.  Currently, no recurrent seizure activity has been noted which is very promising, and hopefully this will continue to be the case.  Nevertheless, close follow up for spells that might be construed to seizures is vital.

## ASSESSMENT (cont)

Seventh, ▮▮▮▮▮ presents with **inconsistent visual attention**. I believe this is more a byproduct of his sensorimotor status, impaired mobility and postural instability where he has difficulty dissociating head and eye movements during pursuit tasks and therefore has a hard time with position maintenance as well. I cannot rule out the possibility of cortical visual impairment, though ▮▮▮▮▮ does not show anywhere near as much visual challenges as might be seen in this context. Close follow up is needed over time. At this point, he appears to be conjugate.

Lastly, ▮▮▮▮▮ presents with what is likely **significant impairment in his cognitive function**. More accurate and detailed testing of his cognitive function will be needed to do so on an objective basis, but given the mixture of deficits present in language, processing, play skills, social reciprocity and related areas, I believe that his cognitive function will be significantly impaired.

▮▮▮▮▮ will best benefit from a high degree of structure, consistency, predictability in an ordered, organized environment. He will benefit from gradual transitions and announced change, giving countdowns and advanced warning and always indicating to him what is wanted rather than what is not wanted, using words, not emotions, staying nonreactive.

In addition, ▮▮▮▮▮ is very much in need of nonvocal communication support, starting from low tech to high tech, working on picture recognition, switch operation, simple binary choices and then expanding, if possible and as reasonable, to other communication devices, possibly including those mediated through visual gaze such as a Dynavox Tobii.

Ongoing physical and occupational therapy are vital as part of his rehabilitative program. This will help to address his abnormal tone and possibly with medication management, dystonia and athetosis. A key part of his ongoing rehabilitative support will be one of trying to enhance his axial tone and postural stability, lower his abnormally increased extremity tone, create maximum symmetry and thereby improve reflex integration, weight-bearing and functional independence.

Finally, continuing to build communication skills and social reciprocity with peers is vital. ▮▮▮▮▮ is aware of others, likes to be around others, seems to play more with objects than with people but, nevertheless, with further introduction in skill building over time, this should improve.

In 2003, a joint publication by the American College of Obstetrics and Gynecology (ACOG) and the American Academy of Pediatrics (AAP) attempted to define the timing and mechanisms, as well as the major etiologic factors contributing to neonatal encephalopathy and neonatal brain injury. This monograph entitled, "Neonatal Encephalopathy and Cerebral Palsy: Defining the Pathogenesis and Pathophysiology"[1] was published. This document offered "essential criteria" and "supportive criteria" that were needed in an attempt to establish a causal relationship between intrapartum events of a hypoxic-ischemic nature and the later development of a fixed static encephalopathy,

## ASSESSMENT (cont)

cerebral palsy. Since the publication of this original monograph, many new observations, additional science as well as criticisms have arisen and ultimately, a second edition to these guidelines was published in 2014.[2] Although this later publication presented somewhat of a different emphasis than the 2003 publication, these 2014 guidelines are much less definitive while the 2003 guidelines are somewhat more rigid. Despite the fact that the 2003 guidelines may not always be satisfied and that their "rigidity" is a shortcoming, it is true that when these criteria <u>are</u> satisfied, that they do provide reasonable support to indicate a diagnosis of an intrapartum hypoxic-ischemic event. These neonatal encephalopathy guidelines represent a formidable work, well-referenced and, most importantly, work which underscores that if the 2003 criteria are met satisfactorily, then it is highly likely that neurologic injury did occur as a consequence of an intrapartum hypoxic-ischemic event. In ████████ case, it is important to point out that all the essential criteria and some of the supportive criteria were met. These are worthy of further discussion. These specific criteria include:

1) **Evidence of a metabolic acidosis in fetal umbilical cord arterial blood obtained at delivery (pH < 7 and base deficit ≥ 12 mmol/L).**

   ████████ cord blood gases, as noted, reflected severe acidosis in both the arterial and the venous specimen. Base deficit, moreover, in each sample was 20, thereby meeting this criterion. However, more likely than not, these blood gas values reflect sampling from a single vessel only given the fact that the values are nearly identical and therefore, statistically, more likely than not, this reflects as a venous blood gas. Given this fact, it is far more likely that an arterial specimen, had one been drawn, would have reflected a base deficit more negative than -20, and possibly as low as -30. While concerns may be offered regarding delayed sampling of umbilical cord blood (1 – 2 hours of life), such an occurrence, if true, would have only led to a slight decrease in pH and $pO_2$, and only a slight elevation in $pCO_2$ to a degree that would not have changed ████████ meeting this criterion.

2) **Early onset of severe or moderate neonatal encephalopathy in infants born at 34 or more weeks gestation.**

   ████████ also meets this criterion. ████████ Apgar scores were 1 at 1 minute, 1 at 5 minutes and 1 at 10 minutes, reflecting the presence of a HR < 100 bpm but also, the absence of respiration, muscle tone, color or reflex activity. Neurologic depression continued after birth, moreover, with a protracted and ineffective resuscitation, and throughout this time, altered mental status, tone and clear-cut impairment in sensorimotor responsiveness was observed. Neurologic depression is difficult to judge during the period of therapeutic cooling, but regardless, once cooling was discontinued and the baby was rewarmed, ████████ went on to develop neonatal seizures as part of his encephalopathy. Hence, this criterion is also met.

**Name:** ███████████ " ████████                    **Date: 10/14/20**
**B.D.:** ████████                                          **Page  17**

## ASSESSMENT (cont)

### 3) Cerebral palsy of the spastic quadriplegic or dyskinetic type.

██████ also meets this criterion based upon pediatric and neurologic follow up, now diagnosed as having spastic quadriplegic cerebral palsy, diminished oral motor control, impaired speech and language and likely, global developmental impairment. At the same time, I strongly believe that ██████ likely suffers from a mixed cerebral palsy with dystonia as much as if not more than spasticity and therefore, an extrapyramidal quadriparesis. Regardless, he presents with quadriplegic CP and therefore meets the criterion present.

### 4) Exclusion of other identifiable etiologies such as trauma, coagulation disorders, infectious conditions or genetic disorders. Hence, this criterion is also met.

Metabolic, infectious, congenital, genetic, syndromic and other etiologies have been satisfactorily excluded. ██████ presented with no signs of physical or brain malformation, no signs of a congenital anomaly and no signs of a metabolic disorder or infection and, in fact, his treatment with antibiotics was on an empiric basis, common and appropriate in infants who are critically ill and treatment that awaits cultures to return to negative with which, antibiotics are discontinued. While a transitory leukocytosis was present and also, a very mild elevation of the immature/total ratio, this simply reflects a left shift and slight demargination, likely as a consequence of a hypoxic-ischemic insult as there is no other evidence whatsoever to support the presence of infection, sepsis or inflammation.

This same 2003 publication then offered criteria that "collectively suggest an intrapartum timing but are nonspecific to asphyxic insult." Nevertheless, when these "supportive criteria" are considered along with the four central criteria (all satisfied) a high degree of certainty exists that the underlying neonatal encephalopathy has occurred as a direct consequence of a hypoxic-ischemic insult. These "supportive criteria" are as follows:

### 1) A sentinel (signal) hypoxic event occurring immediately before labor and delivery.

I am unable to comment whether a sentinel event occurred in that this requires accurate interpretation of the fetal monitor strip by appropriate expertise. Initial review of the records failed to document a clear, single sentinel hypoxic event (such as a uterine rupture, cord prolapse, placental abruption, etc.), though again, accurate interpretation of the strip is required from an expert OB or maternal fetal medicine expert. ██████ mother did, however, experience hypotension upon reaching the OR with >20% drop in her BP documented. Definite abnormalities in the FHR were documented with recurrent decelerations and, in fact, bradycardia, but the clinical "event" to which this is attached would need to solicit opinion from OB expertise.

## ASSESSMENT (cont)

**2) A sudden and sustained fetal bradycardia or the absence of FHR variability in the presence of persistent late or variable decelerations, usually after a hypoxic sentinel event where the pattern was previously normal.**

Again, I would relegate this interpretation to a qualified expert obstetrician or maternal fetal medicine specialist as I am unable to interpret the strip and comment on whether this criterion is met.  Nevertheless, numerous references are present to the occurrence of recurrent decelerations and terminal bradycardia starting at approximately 1042 and likely continuing until the time of delivery. This event was ultimately responsible for the impaired perfusion to this infant's brain.

**3) Apgar scores of 0-3 beyond 5 minutes.**

As indicated, ▮▮▮▮▮▮ Apgar scores were 1, 1 and 1 at 1, 5 and 10 minutes respectively, and therefore, this criterion is met.  Unambiguously, ▮▮▮▮▮▮ was neurologically depressed at birth and suffered from a protracted and ineffective resuscitation where endotracheal intubation was delayed, airway control was difficult to achieve and for a protracted period of time, the neonatal HR was < 60 bpm with persistent neurologic depression and impaired gas exchange.

**4) Onset of multisystem involvement within 72 hours after birth.**

After birth, ▮▮▮▮▮▮ developed signs of mild multiorgan involvement, though to a relatively mild degree.  A mild coagulation disturbance was present with a protracted PT and PTT and an elevated D-dimer though normal fibrinogen.  This pattern of insult likely reflects a finding along the continuum of DIC, though no sustained coagulation disorder was present.  In addition, mild, recurrent elevation of the glucose was noted, reflecting abnormal glucose tolerance, likely impacted by this hypoxic-ischemic insult.  Cardiac depression was evident, manifest by hypotension prompting the use of dopamine as a pressor. Finally, elevated liver function studies were documented including an AST of 155 on the 2nd day of life.

**5) Early imaging studies showing evidence of an acute nonfocal cerebral abnormality.**

▮▮▮▮▮▮ initial MRI performed on 4/20/16 revealed acute findings in the form of restricted diffusion in the basal ganglia, thalami, cerebral peduncle and also, in the periventricular white matter in the watershed distribution.  The restricted diffusion abnormalities alone are consistent with an insult which occurred 24 hours to as long as 10 to 12 days prior to this scan, and therefore fits with a recent, acute hypoxic-ischemic event.  The increased T1 signal intensity present in the periventricular white matter refines the timing down to 3 days to 7 days prior to the scan, and therefore converges directly on the immediate perinatal period.

## ASSESSMENT (cont)

Currently, as a result of these injuries, ▇▇▇▇ now suffers from a mixed quadriplegic cerebral palsy, likely both spastic and extrapyramidal with global developmental impairment. Nevertheless, there is relative preservation of head circumference with head circumference measuring in the 70th %ile in addition to which ▇▇▇▇ is described as being visually attentive, social and responsive and more likely than not, less impacted as far as receptive language and cognitive skills. Despite the fact that ▇▇▇▇ will continue to make developmental progress over future years, more probably than not, his cerebral palsy is a permanent condition as is his developmental impairment. The relative preservation of ▇▇▇▇ head circumference reinforces that the volume of fixed injury to his brain is more restricted and, in fact, comports more directly with a near total acute asphyxic injury involving basal ganglia and thalamus. Loss of brain volume has occurred, but in this critical location, a smaller brain volume injury can lead to a greater level of neurologic deficit due to the compact nature of the sensorimotor pathways in this location.

In summary, more probably than not, ▇▇▇▇ Breault suffered an acute hypoxic-ischemic insult in the intrapartum period just prior to his delivery but also, during the period immediately after birth where he remained neurologically depressed where an airway could not be established and thereby, continued bradycardia, hypoxia, ischemia and likely neurologic injury accumulated. Ultimately, this injury led to a hypoxic-ischemic encephalopathy, evidence of severe metabolic acidosis and neuroradiologic findings which document the presence of an acute, likely permanent brain injury of significant proportion and likely, of a hypoxic-ischemic mechanism. Given his young age and the available data thus far, it is not possible to predict every aspect of ▇▇▇▇ future functioning. However, more likely than not, he will be left with permanent residua of significant proportion requiring complete ongoing care from others for the rest of his life. Given ▇▇▇▇ neurologic deficits and functional impairment, ▇▇▇▇ will not be competitively or gainfully employable. Even if aggressive vocational support were provided, the combination of motor, communication and cognitive impairment will leave ▇▇▇▇ profoundly limited and never independent.

Given the character of ▇▇▇▇ deficits, his life expectancy is likely reduced to a mild degree to 55-60 years of age, representing an additional 51-56 years from his present age. However, this life expectancy would change significantly for the better should ▇▇▇▇ become able to feed by mouth, and especially if he no longer required a gastrostomy tube.

## PLAN

1. Comprehensive multidisciplinary rehabilitative support throughout ▇▇▇▇ life.
2. Yearly speech and language evaluation.
3. Yearly oral motor/feeding evaluation.
4. Yearly augmentative communication evaluation.
5. Yearly physical therapy evaluation.
6. Yearly occupational therapy evaluation.

# Stephen T. Glass, M.D., P.S.  ~  Northwest Child Neurology

### PLAN (cont)

7. Direct speech and language/oral motor therapy two to three times per week focusing on oral motor control, sensory functioning, praxis, vocalization, critical listening, auditory processing, turn taking.

8. Regular assistive technology/augmentative communication support, doing switch trials, picture boards, trying to assess strengths and weaknesses, deciding what switch operation is best, what tools and devices might be most effective.

9. Would work gradually from low tech to high tech, working with simple binary switch operation/choice making, all the way up to nonvocal communication devices including those that can be operated through eye gaze (Dynavox Tobii).

10. Similarly, communication tools and educational games be utilized through an iPad or a similar device that allow him to understand cause and effect, fine motor control, attention, choice making, prioritization, etc.

11. Direct physical and occupational therapy four to five times per week. Physical therapy will direct itself to tone management, symmetry, weight-bearing, antigravity control and occupational therapy will focus on reflex integration, bimanual coordination, hand use, motor planning skills and activities of daily living/self-help abilities.

12. Continue gastrostomy feedings for now.

13. Ongoing feeding assessment to judge oral safety for other tastes and textures.

14. Videofluoroscopy of swallowing will be needed periodically in order to assess the safety of such support.

15. ▓▓▓▓▓ would benefit from hippotherapy weekly for 40 weeks a year and/or aquatics therapy weekly for 40 weeks a year.

16. Continue bilateral AFOs.

17. Continued use of current equipment including a Zippie wheelchair, a Standz stander and Grillo gait trainer.

18. Also consider potential benefit of SPIO suit or similar body orthotic that would improve postural stability and antigravity control.

19. Careful follow up of wrist positioning and tone, especially on left side, with resumption of hand and wrist splint at night if needed should greater postural deformity be present.

20. Medication trials might be considered for tone management should this become problematic and especially so as it relates to dystonia and athetosis.

21. In this regard, could consider trials of Artane and Sinemet.

22. Ultimately, modifications within the home environment will be needed to maximize utility of spaces but also, safe transition from one place to another. This would include modification of bathroom with wheel-in shower stall, grab bars, possibly widened hallways, ceiling track system to facilitate movement from bedroom to bath or other places in the house.

23. Close follow up of sleep where further sleep evaluation might be needed in light of periodic awakening.

24. Endocrine evaluation with single endocrine workup given risk to hypothalamic-pituitary axis. Specifically, IGF-1, growth hormone, serum cortisol, free T4, TSH, LH, FSH.

25. Close follow up for stereotyped spells that might be construed to seizures.

26. Periodic EEGs may be needed if spell-like episodes are seen.

### PLAN (cont)

27. Ophthalmology evaluation and yearly follow up.
28. Dental evaluation with twice yearly follow up, likely needing sedation for dental prophylaxis and/or restorations.
29. Yearly gastroenterology follow up.
30. Yearly nutrition follow up.
31. Orthopedic assessment in 2 years and every 1-2 years thereafter based upon findings that are present.
32. Guardianship services will be needed at 18 years of age and thereafter.
33. ████████ will need ongoing individualized care for the remainder of his life, much like he is currently receiving from both parents and his paternal great grandmother currently.
34. Issues regarding residential placement and similar support services as an adult would need to be discussed at a later date.
35. Neurologic reevaluation twice yearly.


STEPHEN T. GLASS, M.D.

STG:skk
cc:  Anne E. Brown, R.N., J.D.