Gillette Children's Specialty Healthcare

Patient Name: ██████ █████
MRN: ██████
DOB: ██████
Admit: n/a

## Office Clinic Notes

Document Type:     Complex Care Office Clinic Note
Service Date/Time:     8/25/2021 11:47 CDT
Result Status:     Modified
Document Subject:     Complex Care - Pediatric Note
Sign Information:     Jean C Stansbury,APRN CNP (8/25/2021 15:12 CDT); Jean C
    Stansbury,APRN CNP (8/25/2021 13:39 CDT)

### Complex Care Clinic

We had the pleasure of seeing Richard ███████ (4-16-2016) for a follow up evaluation in the Complex Care Clinic at Gillette Children's Specialty Healthcare today. He was accompanied to clinic by his mother Maya. Concerns for today's visit include comprehensive care coordination and counseling. Today's history was obtained via Maya's report and chart review from past medical records at Gillette Children's Specialty Healthcare. ████ also saw Dr Cho for PMR today. Please refer to her note for more details.

### Primary Care Provider
Dr. Elizabeth Schertz through Hudson Physicians, 715-531-6800.

### Provider List
PMR - Dr Cho, Gillette
Opthalmology - local provider in Hudson Wisconsin
Dental - local provider in Hudson Wisconsin
Neurology - Cathy Rock APRN at Gillette (when needed)

### Unifying Diagnosis
████ is a 5-year-old male with spastic quadriplegic cerebral palsy, GMFCS level IV.

### Problem List/Past Medical History
Ongoing
    Anoxic encephalopathy
    Anxiety disorder, unspecified
    Constipation
    Global developmental delay
    H/O gastrostomy
    Silent aspiration
    Spastic quadriplegic cerebral palsy
Historical
    No qualifying data

### Best Contact Info
Mother, Maya at 715-441-7158

### Pharmacy
Somerset Drug in Somerset, Wisconsin.

Gillette Children's Specialty Healthcare

Patient Name: ███ ███
MRN:
DOB: ███
Admit:     n/a

## Office Clinic Notes

### Medications
acetaminophen 160 mg/5 mL oral liquid, 160 mg= 5 mL., Oral, every 4 hr, PRN
azithromycin 200 mg/5 mL oral liquid, See Instructions, 6 refills
baclofen 5 mg oral tablet, 2.5 mg= 0.5 tabs, Oral, TID, 6 refills
diazePAM 5 mg/5 mL oral solution, 0.5 mg, G-tube, TID, 5 refills
Flovent HFA 110 mcg/inh inhalation aerosol, See Instructions, 3 refills
MiraLax oral powder for reconstitution, See Instructions
Ventolin HFA 90 mcg/inh inhalation aerosol, 2 puffs, Inhale, every 4 hr, PRN, 2 refills

### Allergies
No Known Allergies
No Known Medication Allergies

### Immunizations
up to date, other than a flu shot.

### Devices
No qualifying data available.
Mickey button, 12 fr 1.7 cm. Maya changes this every 3 months at home.

### Interval History
███ has been well since last seen. He has continued to make gains developmentally, and will be starting kindergarten next week.

### Detailed Birth History
███ was born on April 16, 2016, at 35 weeks' gestation. Mother reports there were no complications for most of the pregnancy, however, at the end of her pregnancy, she did have pre-eclampsia. Mother does report that there was at least 8 minutes while ███ was in utero whereby his heart rate was less than 60. He underwent an emergency C-section, per mom. Her prenatal labs were negative. His initial arterial blood gas of the cord was 6.89 pH. He was in the NICU for 1.5 months. He was in the NICU in Balboa, San Diego. He underwent 72 hours of cooling. He also got a G-tube and Nissen while he was in the NICU. At the time of discharge to home, he was not discharged with any specialty equipment. While in the NICU, he did have neonatal seizures, per mom, and was sent home on one seizure medication that he continued for one year of life.

### Prior Significant Hospitalizations
Mother reports his only hospitalization to be in the NICU for the first month and a half of life.

At approximately 1 month of age, while in the NICU, he underwent G-tube and Nissen fundoplication.

### Procedure/Surgical History

- Gastrostomy (05/18/2016)
- Cerebral palsy
- Nissen fundoplication

Patient Name: █████ █████
MRN: █████
DOB: █████
Admit: n/a

---

### *Office Clinic Notes*

---

**Diet**
Compleat Pediatrics 1.0. He gets about 460 mL per feeding and 240 mL of water per feeding. This is given about every 3 and a half hours. █████ is currently not getting feeding overnight.
2400 mLs formula daily total.

**Family History**
non contributory
█████ lives with his parents Maya and █████ in Somerset Wisconsin.

FEN/Gi: █████ is using a gastrostomy tube for his feedings. He has a history of Nissen fundoplication. No concerns about vomiting or stooling. His last video swallow was done in August 2021 here at Gillette Children's Specialty Healthcare. There was no aspiration of thin liquids or purees. Tristan's family has been given the go ahead to try small amounts of plain water by spoon and small amounts of smooth purees by mouth. He will be starting feeding therapy here when it becomes available. █████ has been seen by Dr Arora at MNGI in the past, when there were concerns about elevated LFT's.

Pulmonary: █████ did need to be on the ventilator in the NICU but since then, he has had no unplanned intubation. As a younger child, he did get pneumonia, but none recently. He has never needed home oxygen. He has not needed any home respiratory equipment and is to follow periodically with Pulmonary. He has been followed through CRCCS although not recently. He last saw Dr Kubic in 2018. Tristan gets Flovent daily but only uses albuterol when ill.

ENT: █████ saw Dr. Berman in 2018 with Aerodigestive Clinic. There is no active ENT followup right now

Sleep Medicine: █████ had a sleep study with Dr. Garcia in 2018. There was no obstructive sleep apnea. More recently █████ has had problems with sleep again. He falls asleep fine but wakes almost every night at 2:30 am. We will refer to Dr Garcia.

Cardiovascular: No known cardiac issues per family.

Neurology: █████ did have neonatal seizures and was on an anticonvulsant the first year of life. He had 2 seizures once leaving the NICU, but none recently. They have seen Cathy Rock APRN but have not needed regular follow up.

Neurosurgical: No neurosurgical issues.

Developmental: █████ is generally friendly and socially engaging. He does need help with all of his activities of daily living. He enjoys playing with toys, such as large balls, and is learning to use switches at school. He likes music and children's videos and cartoons. From a motor standpoint, he can move himself around on the floor on his shins and hands. He pulls to stand and cruises. █████ is starting to be able to get to sitting on his bottom from a position of kneeling on his shins. He can reposition himself. We discussed toilet training starting with timed toileting when Maya thinks he is ready. We discussed watching for periods of dryness and interest.
█████ has learned to disconnect his feeding tube and will do so at night sometimes.

Genetics: █████ passed his newborn metabolic screen.

PM and R: █████ saw Dr Cho today. She is planning botox injections along with transitioning from diazepam to baclofen. Pelvic and spine films will be repeated.

Orthopedics: █████ has not yet established care with an orthopedist.

Dermatology: No active or historical issues noted.

Rheumatology: No active or historical issues noted.

---

Gillette Children's Specialty Healthcare

Patient Name:
MRN:
DOB:
Admit:         n/a

---

## *Office Clinic Notes*

---

Genitourinary: ___ is circumcised. No history of urinary tract infections or renal calculi. He voids many times a day.

Ophthalmology: ___ is seen at Associated Eye Care. He was last seen in the summer of 2020 by Dr. Lynch. He noted at that time a minimal refractive error, not requiring glasses, and recommended followup in 1-2 years.

Audiology: He passed his newborn hearing screen. Mother reports no concerns today.

Hematology: He did undergo transfusions in the NICU. Otherwise, no active issues.

Infectious Disease/Immunology: No active issues. He did, however, have history in the past of recurrent pneumonia, none recently.

Dental: He follows with a private dental clinic in the Twin Cities area where mom works.

### Equipment and Services

**Therapies:**
Tristan gets PT and OT for an hour once weekly at school, and gets speech therapy here.

**Nursing/PCA:**
___ has a nanny and also gets PCA services through Peaceful Living.

**Equipment:**
wheelchair, stander. Most recnet seating eval was this July.

**Orthotics:**
Tristan has used AFOs in the past

**Vendors:**
PHS

### Physical Exam

**Vitals & Measurements**
T: 36.8 °C  HR: 110(Peripheral)  RR: 22  BP: 96/58  SpO2: 97%  HT: 109.6 cm  WT: 17.3 kg  WT: 17.3 kg

**General:**
This is a well appearing 5 year old male in no distress. Growth appears proportionate although he is thin.

**Head, Eyes, Ears, Nose and Throat:**
eyes clear, no redness or discharge. Nares patent, throat and teeth appear okay. TMs pearly gray bilaterally.

**Respiratory:**
moving air well throughout. No wheezing or rhonchi.

**Cardiac:**
heart rate regular, no murmur. Appears pink and well perfused.

**Abdomen:**
Soft, non tender. 12 fr 1.7 cm Mickey button in place.

**Genitourinary:**
deferred

---

Patient Name: ███████ ███████
MRN: ███████
DOB: ███████
Admit: n/a

---

## *Office Clinic Notes*

Musculoskeletal/Spine:
spine is clinically straight.
Some increased tone noted, but movement pattern seems primarily dystonic.

Integumentary:
clear

Neurodevelopmental:
socially engaging and attentive. Enjoys watching children's programming on cell phone.

### Clinical Images
XR Pelvis 1 or 2 Views

08/25/21 12:10:00
FINDINGS/CONCLUSION:
There is bilateral coxa valga. Normal acetabular angles.

There is incomplete femoral head containment. Reimer migration index measures 20% bilaterally.

Signed By: Anne M Weisensee, MD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
XR Spine Entire 2 View - Sitting

08/25/21 12:10:00
DATE: 8/25/2021 12:10
PROVIDER: MD Kelly Lynn Cho
ACCESSION#: 10XR210017265
INDICATION: Scoliosis
EXAM: XR Spine Entire 2 View - Sitting

COMPARISON: 9/22/2020.

CONCLUSION:
Thoracolumbar scoliosis measures 24 degrees thoracic curvature convex right and 16 degrees lumbar curvature convex left. Thoracic kyphosis measures 58 degrees. Normal alignment in the lateral projection. No segmentation anomalies.

Imaging was performed seated upright out of wheelchair.

Gastrostomy tube remains in the stomach.

Signed By: Anne M Weisensee, MD

### Complex Care Clinic Plan

Head, eyes, ears, nose and throat:
Continue current plan of care. Begin feeding therapy when available. Follow up with ophthalmology as directed.

Feeding and Gastrointestinal:
we will draw nutrition labs when ███████ returns for botox.
A visit with the dietician has been ordered.

---

Gillette Children's Specialty Healthcare

Patient Name: 
MRN:
DOB:
Admit: n/a

---

### *Office Clinic Notes*

---

Respiratory:
We would be happy to refer to pulmonary if needed. Tristan appears to be doing well with his current plan.

Neurological:
Follow up with Cathy Rock APRN as needed.

Developmental:
████ will continue his therapy and starts kindergarten next week.

Genitourinary:
Maya will watch for signs ████ may be interested in toilet training or able to tolerate timed toileting.

Musculoskeletal:
Botox injections end of September.

## Impression/Plan

Synopsis:
████ is a 5 year old male who has cerebral palsy GMFCS V. He has been in good health the past year.

### Care Coordination

Complex Care Management Follow-up:
I would like to see ████ back in about 2 months when he returns for his post botox follow up.

Studies/Labs Requested:
nutrition labs, ferritin, vitamin D, and alk phos will be obtained when Tristan returns for botox injections in September.

Referrals Requested:
Dr Garcia, sleep
Dietician.

Medications prescribed or changed:
Dr Cho is making adjustments to medications for tone. ████ will transition off diazepam and on to baclofen.

DME Changes:
none today.

Communications:
Dr Cho, PHS, CRCCS, MNGI and PCP.

### Time Spent With Patient

30 minutes were spent in consultation with the family, greater than 50 percent of which was spent counseling and coordination of care as detailed above. 15 minutes were spent completing a chart review of past medical records at Gillette Children's Specialty Health Care. and 30" was spent in documentation.

### Role of sub-specialty complex pediatrics

The role of sub-specialty complex care pediatrics at Gillette Children's Specialty Healthcare is not to replace the primary care physician, but to augment and to improve the capacity of physicians in the community to care for complex children with disabilities. We see our role as both a resource to patients and families in the breadth of services available through the disability health care community, but also as a resource to community physicians in coordinating care plans and helping them create a comprehensive medical home for their patients. If you have any questions, or I can be of any assistance in coordinating care for your patient, please do not hesitate to call. To reach our clinic for

---

Gillette Children's Specialty Healthcare

Patient Name: ████ ████
MRN: ████
DOB: ████
Admit: n/a

---

### *Office Clinic Notes*

non-urgent concerns, please call 651-651-228-6432. The Gillette One-Call Access number for health care providers only is 651-325-2200 or 855-325-2200. Patients and families may contact us through our Telehealth nursing line 24 hours a day at 651-229-3890.

Electronically Signed on 08/25/21 01:39 PM

---

Jean C Stansbury, APRN CNP

Electronically Signed on 08/25/21 03:12 PM

---

Jean C Stansbury, APRN CNP

Document Type: Complex Care Office Clinic Note
Service Date/Time: 9/22/2020 00:00 CDT
Result Status: Auth (Verified)
Document Subject: Clinic Note
Sign Information: Jean C Stansbury,APRN CNP (9/29/2020 11:45 CDT)

**Clinic Note**

## CLINIC NOTE - COMPLEX CARE

### DATE OF SERVICE: 09/22/2020

████ (████ was seen in Complex Care Clinic today accompanied by his mother, Maya. ████ is followed for ongoing care navigation and care coordination for his long-term healthcare needs. He was most recently seen on July 25, 2019. Today's history was obtained from his mother's report and chart review from past records from Gillette Children's Specialty Healthcare and other providers.

**UNIFYING DIAGNOSIS:** ████ is a 4-year-old male with spastic quadriplegic cerebral palsy, GMFCS level IV.

### ASSOCIATED MEDICAL CONDITIONS:

1. Cerebral palsy secondary to hypoxic ischemic encephalopathy.

2. Global developmental delay.

3. Status post G-tube placement in May 2016.

4. Status post Nissen fundoplication.

5. History of recurrent pneumonia.

6. Constipation.

7. History of concern for aspiration.

---

## SOMERSET SCHOOL DISTRICT

| Name of Student: ▉▉▉ ▉▉▉ | WISEid: ▉▉▉▉▉▉ | LEA Student ID: ▉▉▉▉ |

## I. INFORMATION ABOUT THE STUDENT
## A. STRENGTHS
**Describe the student's strengths** *(including academic skills, communication skills, social and emotional skills, and interests):*

**Please Note:** ▉▉▉ receives all his nutrition through his G-tube. Do not give him lunch, milk or snack at school at this time, as he will aspirate. He will need to be changed throughout the day as he is not yet potty trained.

**In the occurrence of another COVID-19 closure during the 20-21 school year, or if your child has to quarantine due to COVID-19 exposure,** ▉▉▉ specialized services may look like the following:

**Early Childhood specialized services may look like the following:** If school shuts down again, student will be invited to come in 2 days a week from 8am-11am to receive direct services towards IEP goals. If a child has to quarantine during the school year services will continue via Seesaw.

**Occupational Therapy specialized services may look like the following:** Student may be invited to receive in-person occupational therapy services at school, receive a personalized home program with parental support for in-home learning or may participate in a school-based telehealth delivery model.

**Speech & Language Therapy specialized services may look like:** Student may be invited to receive in-person speech therapy services at school, and/or they may be asked to participate in virtual therapy sessions over phone/video, or receive personalized activities/handouts to complete at home with caregiver support.

**Physical Therapy:** Student may be invited to receive in-person physical therapy services at school, receive a personalized home program with parental support for in-home learning or may participate in a school-based telehealth delivery model.

▉▉▉ has increased muscle tone and muscle weakness that make stabilizing and moving his body with control challenging. He uses both upper extremities for motor tasks, but you may see him using one more than the other depending on how he is stabilizing his body. For instance, sometimes he will reach more with his R hand because he uses his L arm to stabilize but can sometimes demonstrates better control with his L arm when he is fully supported than with his R. With ▉▉▉ we need to allow time for him to respond and give him some space to make choices throughout his day here at school. When assessing ▉▉▉ academics, I have found that having him in the sensory swing helps him with testing. I then have visuals for the test I am giving him, and allow him time to make a choice- "Point to the _____." I have tried testing him not in the swing and it is not as successful for him. ▉▉▉ fatigues easily and does better in the mornings. His mom reported that ▉▉▉ currently is taking a 2.5 hour nap in the afternoons, so nap time will be offered to him during his full day in kindergarten. He receives all his nutrition through his G tube. He will need to be fed twice during the school day once he goes to kindergarten. Mom reported that she would like ▉▉▉ hooked up to his G-tube to be fed at 10:40am and then again at 2:30pm. If his feeding is not done by the time he gets on the bus, we will have to shut off his feeding and his nanny will turn it back on once he gets back home to finish it then. He will throw up on the bus if the feeding tube is left on during transport. Mom mentioned that she would be willing to have ▉▉▉ home gait trainer go back and fourth from school to home each week. He is still in a diaper and will need to be changed throughout his day.

**March 1st update:**

**Academic Skills:** Receptively ▉▉▉ is able to point correctly to 6/11 colors (yellow, red, green, purple, blue and black). ▉▉▉ requires a lot of time during testing to make choices, as this is not a preferred task for him and he will wait you out. ▉▉▉ receptively can point to 6/8 shapes correctly, and 11/11 numerals 0-10 out of order. Receptively, ▉▉▉ can point to 16/26 uppercase letters correctly. ▉▉▉ receptively can point to 19/26 lowercase letters correctly. He is not yet doing one-to-one correspondence counting at this time.

**Communication Skills:** ▮ is using some vocalizations at this time. He is currently non-verbal but has good communication intent via eye gaze, kicking or pointing. We are working on using switches to activate in order to get him to request more of something. We are also offering him choices and letting him choose by glancing in that direction, kicking at it, pointing, touching, etc. ▮ will demonstrate likes/dislikes by smiling or crying. He will also let us know what he wants by using his gait trainer to walk over to an area of the room to let us know what he'd like to play with. ▮ is a persistent and determined, little boy that is motivated to communicate. We are exploring various communication methods to help determine what will be most beneficial for ▮ at this time.

**Social Skills:** ▮ loves being around his peers. He loves helping push his peers in the swing that is in the Early Childhood classroom. He will get a big smile on his face when he is around his peers. If he hears another student crying, he will also begin to get sad and sometimes cry, as a sign of empathy for his peers. He's participating in back and fourth reciprocal play with adult support and help. ▮ becomes really attached to the para working one-on-one with him, that he will try and look for her if she steps out of the room, or if another adult is working with him. He definitely seeks out that adult in the room.

**Interests:** ▮ loves music time and will get a big smile on his face when we're singing. He also likes to walk around in his gait trainer and is able to maneuver around obstacles in the classroom and hallway. He likes to explore the sensory table and enjoys sensory activities like playing in shaving cream or finger painting. He also enjoys playing with sand in the sand table. He likes laying on his back on a large yoga ball and pushing himself back with his feet and then reaching with his hands back (adult support needed during this entire activity).

# B. CURRENT ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

**1. Describe the student's present level of academic achievement (including reading achievement). For preschool children, describe the child's acquisition and use of knowledge and skills (including early language/communication and early literacy):**

**Academic Skills:** Receptively ▮ is able to point correctly to 6/11 colors (yellow, red, green, purple, blue and black). ▮ requires a lot of time during testing to make choices, as this is not a preferred task for him and he will wait you out. ▮ receptively can point to 6/8 shapes correctly, and 11/11 numerals 0-10 out of order. Receptively, ▮ can point to 16/26 uppercase letters correctly. ▮ receptively can point to 19/26 lowercase letters correctly. He is not yet doing one-to-one correspondence counting at this time.

**Communication Skills per SLP:** ▮ is a persistent and determined, little boy that is motivated to communicate. ▮ is using **intentional behaviors** to express his wants/needs and show his teachers or family what he knows. He will frown, turn his head away, or cry when presented with a non-preferred task to show when he is protesting an activity. He will smile, laugh, use his gait trainer to move towards, or gaze towards desired activities to communicate that he is enjoying the activity or would like to do more of the activity.

▮ is continuing to develop **conventional communication** and the use of **concrete symbols.** ▮ will make a choice between objects in an average of 3 out of 5 opportunities by reaching towards the preferred task or will at times make a choice when presented with two pictures that represent the toys/activities. If he would like to do more of something he will activate a switch that says "more please". ▮ is observed to be more motivated to make a choice when presented with real objects to choose between or a switch to activate. He is still learning the connection between the picture symbols and the real objects. The switches have been used in junior kindergarten to give ▮ a voice to say things like "ready, set, go" and "hi friends". ▮ also has a binder with some larger pictures symbols that are used to provide activity or action choices such as rolling on a ball, swing, music. ▮ has been observed to understand the concept of "same" as he will make a choice that matches the presented colors, shapes, or numbers. ▮ does well when asked to "point to" or match objects. He continues to work on demonstrating that he understands the concept of "different". ▮ has not yet worked on demonstrating understanding of feelings this school year. It is recommended at this time that various communication methods continue to be explored with ▮ to determine what will allow him to grow towards independence.

**2. Describe the student's present level of functional performance. For preschool children, describe the child's positive social and emotional skills (including social relationships) and use of appropriate behaviors to meet their needs and the impact on early literacy.**

**Social Skills:** [redacted] loves being around his peers. He loves helping push his peers in the swing that is in the Early Childhood classroom. He will get a big smile on his face when he is around his peers. If he hears another student crying, he will also begin to get sad and sometimes cry, as a sign of empathy for his peers. He's participating in back and fourth reciprocal play with adult support and help. [redacted] becomes really attached to the para working one-on-one with him, that he will try and look for her if she steps out of the room, or if another adult is working with him. He definitely seeks out that adult in the room.

**Adaptive Skills:** [redacted] needs assistance to change his diaper during the day, as he is not yet going potty in the toilet. He continues to work on helping take off his winter hat, but still needs adult support to get his winter gear on and off each day. He is able to navigate around the room and hallways using his gait trainer, but will fatigue so distance should be a factor when deciding how far for him to walk around the elementary school. He needs adult support to hook up his G-tube so that he can be fed while he is in kindergarten twice a day.

**Functional Mobility:** [redacted] arrives at school every day in his manual wheelchair. He is not able to self-propel so needs assistance for mobility from a staff member. [redacted] is dependent for transfers in and out of his wheelchair and to other surfaces/equipment at this time.

[redacted] is able to move from sit to stand with trunk or hand held support & minimal assistance. He likes to take steps in supported stand but sometimes has difficulty with his feet crossing and/or stepping on his other foot. He enjoys walking in the gait trainer at school. He can move forward and around large obstacles. His navigation skills continue to improve so that he is becoming more & more independent in moving about the school environment in the gait trainer. [redacted] outgrew his AFOs & has not had them at school yet this year; however, his mom reports that they are working on getting new ones soon which will give his feet beneficial support when he is walking & standing. On the floor, [redacted] is able to roll, scoot on back, and move on hands & knees for short distances by moving his arms separately & then bringing legs forward together. He can maintain kneeling for 5+ minutes and can even move into tall kneeling briefly without support. He can get himself into the kneeling position but does not get himself into other seated positions. He has a hard time maintaining a ring sit or long sit position because of his muscle tone & tightness in his legs. He is able to sit on a bench or small chair for a few minutes at a time. He does not yet pull himself to stand at furniture at school.

[redacted] has a variety of seating options at school. When [redacted] is doing fine motor skills or skills that require increased attention or focus, he does the best in seating that provides him with a lot of trunk stability & head support such as his wheelchair. Other seating options when he needs less support include cube chairs, Tumbleform floor chair, & an adapted classroom chair.

[redacted] can show great variability in his endurance for physical & academic activities depending on his health & level of fatigue. [redacted] increased muscle tone & lower extremity tightness also impact his ability to assume & maintain some postures as well as the precision & accuracy of his movements. [redacted] also needs increased wait time for motor responses to occur.

**Fine Motor/Functional Grasp:** [redacted] has shown gains in overall strength and increased participation in presented fine motor activities. He has demonstrated improved strength to activate a switch by pushing down. He is emerging in removing large knobbed puzzle pieces from a puzzle board with assistance to place back into the puzzle. He uses a whole hand grasp or grasp between index and middle finger to pick up small objects to place into a container. Given his differences in muscle tone, precision with fine motor control is difficult. He benefits from built up handles to improve sustained grasp on objects. He can grasp a shaker musical instrument with one hand and shake for a short duration. He requires hand over hand assistance to manipulate classroom tools such as a marker or scissors. He is not yet grasping a writing tool to make marks on a paper. Adapted tools are being explored to maximize his participation in coloring and pre-writing/writing tasks. Adequate trunk and head control are important for to maximize functional use of his hands. [redacted] is working on tracking a moving object in front of him and gazing at a stationary object with supportive eye control. He is not yet demonstrating a sustained grasp and adequate strength to pull paper from towel dispenser successfully. This activity would increase participation and independence in the bathroom. Other areas of grasp to be supported including grasping and pulling up to a chair or table or a grab bar when being changed in the bathroom.

## 3. Participation in Physical Education
[]   General Physical Education
[X]   Adapted Physical Education (Must include a goal and services.)
[ ]   N/A. If the student is in a grade-level where physical education is not offered and the student does not require specially designed physical education as part of a free appropriate public education.

## C. SPECIAL FACTORS
**1. Does the student's behavior impede their learning or that of others?** [ ] Yes    [X] No

**If yes, describe this student's behavioral needs:**

    **Has a functional behavior assessment (FBA) been conducted?**

[X] Not Applicable    [ ] Yes [ ] No

If yes, when was the functional behavior assessment conducted?

*(Document positive behavioral interventions, strategies, and supports, and other services in the Program Summary)*

2. Is the student an English Learner (EL)?  [ ] Yes    [X] No
If yes, describe how this factor affects the student's needs related to this IEP:

3. In the case of a child who is blind or visually impaired, does the student need instruction in Braille or the use of Braille? (Attach Determining Braille Needs (ER-3) from the latest evaluation/reevaluation or any updated information.)
    [X] Not Applicable
    [ ] Yes
    [ ] No
    [ ] Cannot be determined at this time

If Yes, Describe needs, including Braille needs:

4. Does the student have communication needs that could impede their learning? [X] Yes    [ ] No

a. If yes, describe the communication needs (including speech and language needs):

███████ is non-verbal at this time.  This impacts his ability to communicate his wants and needs, as well as socialize with his peers and adults.

b. If the student is deaf or hard of hearing, describe (a) the student's language and communication needs; (b) Opportunities for direct communication with peers and professional personnel in the student's language and communication mode; and, (c) academic level and full range of needs including opportunities for direct instruction in the student's language and communicative mode:
NA

5. Does the student need assistive technology services or devices, including any services or devices needed to assist with reading? (Consider the need for accessible education technologies or materials available to students regardless of formats or features, including the National Instructional Materials Access Center/NIMAC.) [X] Yes
[ ] No

If yes, describe the student's assistive technology needs:

Adaptive switches, potential communication devices to be explored.

*(Document necessary services and devices in the Program Summary.)*

D. CONCERNS OF THE PARENTS/FAMILY
1. Describe the concerns of the parents/family for enhancing the education of the student. This may include concerns about reading achievement, early language/communication or early literacy skills, other academic areas, social-emotional needs, sensory needs, behavior, the child's future postsecondary transition etc.

███████ mom is concerned with his ability to communicate his wants and needs.  She would like to see him be able to talk so that he can communicate what he wants and needs better.  She would also like to see ███████ walk, and eat solid foods without aspirating. ███████ mom would like to see ███████ be able to do more things with his hands, like shaking a rattle and turning pages in a book. ███████ mom would like to see him engaging in non-preferred tasks more often.  She also would like to see an increase in his independence and an increase in his stamina, as he fatigues easily.

2. Describe the concerns (if any) of the student for enhancing their education:

None at this time.

## E. EFFECTS OF THE DISABILITY
**1. Describe how the student's disability affects their access, involvement and progress in the general education curriculum, including how the disability affects reading. For preschool children, describe how the disability affects participation in age-appropriate activities, including language development, communication and/or literacy.**

████ has a diagnosis of quadriplegic cerebral palsy (all extremities). He currently has a stander at home, a gait trainer here at school & at home that he is able to maneuver up and down the hallway, as well as around obstacles. He also had leg braces that he outgrew. His family is working with insurance right now to get new leg braces for him. He is also using a wheelchair that he is transported back and fourth in, that he needs an adult to push for him at this time. He currently is not using any words, just babbling sounds and laughing. We are also using switches with him at this time that he is activating with his hands or feet. He is able to make choices by reaching towards desired objects, pointing to pictures symbols, or eye gaze.

**2. Does the student's disability adversely affect their progress toward meeting age/grade-level reading standards? For preschoolers, does the disability adversely affect progress toward the early learning standards for language development, communication and/or early literacy?** [X] Yes [ ] No

**3. Is this a student with the most significant cognitive disability who will participate in curriculum aligned with alternate achievement standards?** *(See DPI Model Form I-7-A-Participation Guidelines For Alternate Assessment for the definition of most significant cognitive disability.)*
[ ] Yes [X] No

## F. DISABILITY-RELATED NEEDS
**List the disability-related needs. Include reading needs, or early literacy needs, and needs due to special factors, if identified. Reference numbered needs in the measurable annual goal statements.**

| Needs Number | Needs Category | Disability Related Needs |
|---|---|---|
| 1 | Gross Motor | ████ is dependent on staff for more than 75% of his mobility & positioning needs at school which impacts his access & participation in school activities. |
| 2 | Fine Motor | ████ has difficulty with sustaining a grasp on school related tools and toys. |
| 3 | Language | Multi-modal communication (AAC, PECS, Eye Gaze, Vocalizations, Signs etc) |
| 4 | Academic Fluency | ████ has an academic delay. |

## II. FAMILY ENGAGEMENT
**How will school staff engage parent(s)/families in the education of the student (e.g. sharing resources, communicating with parent(s)/families, building upon family strengths, connecting parent(s)/families to learning activities, etc.)?**

Parent/teacher conferences, notes, phone calls and emails back and fourth, IEP meeting and Seesaw.

## III. MEASURABLE ANNUAL GOALS   -
**A. Before developing annual goals, review the previous IEP goals and progress (I-5)**
[ ] Initial IEP [ ] N/A

**Date of Annual Goal Review:**

| Previous IEP Goals | Goal Met | Describe/provide data or other information related to progress (refer to information in last | If not met, how will the IEP be revised to address lack of sufficient progress? |
|---|---|---|---|

| | | | |
|---|---|---|---|
| [ ] will improve his gross motor & mobility skills so that he can participate in classroom activities with increased independence. We will know that he has achieved this goal when he is able to: [ ] will consistently be able to sit or kneel without support for 5 minutes each day at school. [ ] will seat himself in supportive chair (ie: tomato chair, beanbag, cubed chair, or other seating options we find appropriate for him) for carpet time with minimal assistance from an adult and stay sitting for 10+ minutes every time he comes to school. [ ] will be able to navigate his gait trainer around large obstacles in the classroom while moving forward with no more than 3 maneuvers from an adult, every day he comes to school. [ ] will pull himself up to a standing position at low, stable furniture in the classroom one time a day with stand-by assistance from a staff member, every day he comes to school. | No | [ ] is able to consistently kneel without support for 5+ minutes each day he comes to school. We are still working on getting him to sit criss cross or with his legs straight out in front of him without falling backwards or to the side for 5+ minutes each day he comes to school. He has been able to sit in a child size couch independently for 5+ minutes without falling backwards or to the side. We are continuing to work on getting him to seat himself in supportive chair and remain sitting there for 10+ minutes. He is currently able to remain sitting in the cubed chair independently for 10+ minutes, but he still requires quite a bit of adult support to help him to the supportive chair. [ ] is able to maneuver his gait trainer around obstacles, as long as his wheels on his gait trainer don't get stuck on the obstacle he's maneuvering around. [ ] is not yet pulling himself up to a standing position at this time. We will continue to work on this. | Parts of this goal has been met. This goal will be revised to take out the parts he's mastered and continue to work on the parts he still has yet to master. |
| [ ] will make a choice by using any of the following communication modalities: eye gaze, reaching, PECS, activating a switch, vocalization and/or words to demonstrate receptive understanding of same/different, labels, feelings, actions in 4/5 opportunities. | No | [ ] will make a choice between object labels in an average of 3 out of 5 opportunities by reaching towards the preferred task or will at times make a choice when presented with two pictures that represent the toys/activities. [ ] will make a choice between actions such as rolling on a ball, swing, music in 4 out of 5 opportunities. [ ] has been observed to understand the concept of "same" as he will make a choice that matches the presented colors, shapes, or numbers in 3 out of 5 opportunities. [ ] is more successful when making choices if his head and trunk are fully supported. | He continues to work on demonstrating that he understands the concept of "different". [ ] has not yet worked on demonstrating understanding of feelings this school year. It is recommended at this time that various communication methods continue to be explored with [ ] to determine what will allow him to grow towards independence. This goal will be revised to take out the parts he's mastered and continue to work on the parts he still has yet to master. |
| [ ] will increase his fine motor and visual motor skills by demonstrating the following: 1) Provided postural support, [ ] will demonstrate improved functional grasp of objects by demonstrating the following: A) independently grasp a large knobbed puzzle piece to remove from a form board puzzle | No | [ ] is able to grasp a large knobbed puzzle piece to remove from a form board puzzle independently. He needs some adult support to help him pick up the puzzle piece and return it to the correct spot on the puzzle board. For dressing he needs adult support to put his thumbs on the inside of his hat to help | This goal will be altered to take out the parts that he has mastered and continue to work on the parts that he still needs help with. |

independently and then with minimal assistance return the puzzle pieces to the correct form in 4/4 trials B) sustain grasp of a large piece of chalk or a marker to scribble and imitate simple lines in 3/3 consecutive opportunities C) Grasp his hat to pull off of his head with minimal assistance and initiate dressing by picking up his hat and mittens upon request when dressing for winter in 3/3 consecutive opportunities. 2) Provided postural support, ▇▇▇ will demonstrate improved use of upper extremities at midline by demonstrating the following: A) bring hands to midline to shake an musical instrument with setup support in 3/3 tries B) hold a medium sized ball with two hands and then release in the direction of a peer or adult in 3/3 tries. 3) Increase his upper body strength to successfully depress a switch device for activation when making a choice or communicating wants or needs in 3/3 consecutive tries.

him to pull it off. He is not able to pick up his hat or gloves yet on command. With adult support he is able to hold a musical instrument (shaker) at midline to shake. He continues to work on being able to hold a ball with two hands and releasing it towards a target. He enjoys playing ball with a peer or an adult when he can kick the ball with his foot. He is able to depress a switch device in order to make a choice or to request more of something.

## B. MEASURABLE ANNUAL GOALS

### Goal Description:
Functional Mobility

| Needs Category |
| --- |
| Gross Motor |

### 1. Goal Statement:

███ will demonstrate increased independence with the following functional mobility tasks at school:

1) ███ will stand at supporting surfaces for play or academic activities with supervision for 3 minutes in 50% of trials.

2) ███ will pull himself up to a standing position at low, stable furniture in the classroom in 50% of trials with stand-by to contact guard assistance.

3.) ███ will transfer in and out of his wheelchair with minimal assistance in 75% of trials.

**a. Baseline** *(Student's current level of performance from which progress toward this goal will be measured)*:

1. ███ requires minimal assistance for standing at supporting surfaces in 100% of trials.

2. ███ is not pulling to stand on furniture at school without moderate-maximal assistance from staff in 100% of trials. He is not yet able to demonstrate consistently grabbing onto a ledge or utilizing supporting self on elbows to help lift up to stand.

3. ███ currently requires maximal assistance to transfer in & out of his wheelchair in 100% of trials.

**b. Level of attainment** *(Must relate to the baseline measurement and reflect progress)*:

███ will demonstrate increased independence with the following functional mobility tasks at school:

1) ███ will stand at supporting surfaces for play or academic activities with supervision for 3 minutes in 50% of trials.

2) ███ will pull himself up to a standing position at low, stable furniture in the classroom in 50% of trials with stand-by to contact guard assistance.

3.) ███ will transfer in and out of his wheelchair with minimal assistance in 75% of trials.

### 2. Benchmarks or Short-Term Objectives *(Required for students with the most significant cognitive disability expected to participate in an assessment aligned with alternate academic achievement standards)*: [X] N/A

|  |
| --- |
|  |

### 3. Procedures for measuring the student's progress toward meeting the annual goal from baseline to level of attainment: *(Procedures must allow for measurement of growth from baseline to level of attainment)*

Observation, charting

### 4. When will reports about the student's progress toward meeting the annual goal be provided to parents?

At the end of each trimester.

## B. MEASURABLE ANNUAL GOALS

### Goal Description:
Communication

| Needs Category |
| --- |
| Language |

### 1. Goal Statement:

█████ will use a variety of communication modalities (i.e., eye gaze, reaching, gestures, PECS, activating a switch, vocalization, and/or words) to make progress towards the following objectives:

1) █████ will make a choice to demonstrate receptive understanding of basic concepts (ex., big/small), same/different, labels (ex. objects, familiar people, animals), feelings, and actions in 4/5 opportunities.

2.) █████ will gain attention (ex., "I need your help", "I have something to say", "look at this") of adults or peers in 4/5 opportunities.

**a. Baseline** *(Student's current level of performance from which progress toward this goal will be measured):*

1.) █████ is making choices demonstrating preferences and is beginning to receptively showing us colors, shapes, and numbers he knows. He is demonstrating understanding consistently with 60% accuracy.

2.) When █████ wants something he will move toward preferred play station but does not yet try to gain the attention of an adult or peer to get help or make a request once there. 0% accuracy

**b. Level of attainment** *(Must relate to the baseline measurement and reflect progress):*

80% accuracy (4/5 opportunities)

**2. Benchmarks or Short-Term Objectives** *(Required for students with the most significant cognitive disability expected to participate in an assessment aligned with alternate academic achievement standards):* [X] N/A

| |
| --- |
| |

**3. Procedures for measuring the student's progress toward meeting the annual goal from baseline to level of attainment:** *(Procedures must allow for measurement of growth from baseline to level of attainment)*

Observation, charting

**4. When will reports about the student's progress toward meeting the annual goal be provided to parents?**

At the end of each trimester.

## B. MEASURABLE ANNUAL GOALS

### Goal Description:
Fine Motor/Grasping

| Needs Category |
| --- |
| Fine Motor |

### 1. Goal Statement:

████ will demonstrate improved functional grasp of objects by demonstrating the following:

A) Independently grasp 4 large knobbed puzzle pieces and remove from a form board puzzle independently and then with minimal assistance return the puzzle pieces to the correct form in 4/4 trials B) Provided an adapted tool ████ will sustain grasp of a marker to participate in a coloring activity 3/3 consecutive opportunities C) After handwashing, ████ will grasp the paper towels and with minimal support pull towel successfully from dispenser

#### a. Baseline *(Student's current level of performance from which progress toward this goal will be measured)*:

BL:   In recent data collection, ████ will put forth good effort to remove puzzle pieces from puzzle board but has difficulty persisting after one piece. He does not yet exhibit a sustained grasp of a writing tool. Hand over hand to required to pull the towel from the dispenser.

#### b. Level of attainment *(Must relate to the baseline measurement and reflect progress)*:

████ will demonstrate improved functional grasp of objects by demonstrating the following:

A) Independently grasp a large knobbed puzzle piece to remove from a form board puzzle independently and then with minimal assistance return the puzzle pieces to the correct form in 4/4 trials B) Provided an adapted tool ████ will sustain grasp of a marker to participate in a coloring activity 3/3 consecutive opportunities C) After handwashing, ████ will grasp the paper towels and with minimal support pull towel successfully from dispenser

### 2. Benchmarks or Short-Term Objectives *(Required for students with the most significant cognitive disability expected to participate in an assessment aligned with alternate academic achievement standards)*: [X] N/A

| |
| --- |
| |

### 3. Procedures for measuring the student's progress toward meeting the annual goal from baseline to level of attainment: *(Procedures must allow for measurement of growth from baseline to level of attainment)*

Observation, charting

### 4. When will reports about the student's progress toward meeting the annual goal be provided to parents?

At the end of each trimester.

## B. MEASURABLE ANNUAL GOALS

### Goal Description:
Academics

| Needs Category |
|---|
| Academic Fluency |

### 1. Goal Statement:

██████ will increase his academic skills. We will know that he has achieved this when he is able to do the following:

1) ██████ will be able to receptively identify (point to) 26/26 uppercase letters in 2/3 observations.

2) ██████ will be able to receptively identify (point to) 26/26 lowercase letters in 2/3 observations.

3) ██████ will be able to receptively identify (point to) 11/11 colors in 2/3 observations.

4) ██████ will be able to receptively identify (point to) 8/8 shapes in 2/3 observations.

**a. Baseline** *(Student's current level of performance from which progress toward this goal will be measured):*

BL:

1) Currently can receptively identify 16/26 uppercase letters.

2) Currently can receptively identify 19/26 lowercase letters.

3) Currently can receptively identify 6/11 colors.

4) Currently can receptively identify 6/8 shapes.

**b. Level of attainment** *(Must relate to the baseline measurement and reflect progress):*

██████ will increase his academic skills. We will know that he has achieved this when he is able to do the following:

1) ██████ will be able to receptively identify (point to) 26/26 uppercase letters in 2/3 observations.

2) ██████ will be able to receptively identify (point to) 26/26 lowercase letters in 2/3 observations.

3) ██████ will be able to receptively identify (point to) 11/11 colors in 2/3 observations.

4) ██████ will be able to receptively identify (point to) 8/8 shapes in 2/3 observations.

### 2. Benchmarks or Short-Term Objectives *(Required for students with the most significant cognitive disability expected to participate in an assessment aligned with alternate academic achievement standards):* [X] N/A

### 3. Procedures for measuring the student's progress toward meeting the annual goal from baseline to level of attainment: *(Procedures must allow for measurement of growth from baseline to level of attainment)*

Observation, informal assessment

**4. When will reports about the student's progress toward meeting the annual goal be provided to parents?**

end of each trimester

## B. MEASURABLE ANNUAL GOALS

**Goal Description:**
Adapted PE

| Needs Category |
|---|
| Gross Motor |

### 1. Goal Statement:

███ will actively participate in warm-up activities for PE class with his peers by moving himself in his gait trainer or wheelchair for 3+ minutes with supervision only in 80% of observed opportunities.

**a. Baseline** *(Student's current level of performance from which progress toward this goal will be measured):*

Since ███ is in 4K, he is not currently participating in PE class. He will walk in his gait trainer in the hallway at his 4K site with a staff member. Duration of walking is usually less than 3 minutes & he stops several times. He is currently not propelling himself in his wheelchair at all & is fully dependent on staff for mobility in his wheelchair.

**b. Level of attainment** *(Must relate to the baseline measurement and reflect progress):*

███ will actively participate in warm-up activities for PE class with his peers by moving himself in his gait trainer or wheelchair for 3+ minutes with supervision only in 80% of observed opportunities.

### 2. Benchmarks or Short-Term Objectives *(Required for students with the most significant cognitive disability expected to participate in an assessment aligned with alternate academic achievement standards):* [X] N/A

### 3. Procedures for measuring the student's progress toward meeting the annual goal from baseline to level of attainment: *(Procedures must allow for measurement of growth from baseline to level of attainment)*

Observation, Charting, Progress monitoring

### 4. When will reports about the student's progress toward meeting the annual goal be provided to parents?

End of each trimester

## IV. PROGRAM SUMMARY

**Projected beginning and ending date(s) of IEP services & modifications:** <u>April 13, 2021 to April 12, 2022</u>

Include a statement for each of A, B, C and D below to allow the student to (1) access, be involved in and make progress in the general education curriculum; (2) be educated and participate with other students with and without disabilities to the extent appropriate, (3) participate in extracurricular and other nonacademic activities, and (4) advance appropriately toward attaining the annual IEP goals. Include frequency, amount, location, & duration (if different from projected IEP beginning and ending dates). The services must be stated in the IEP so the level of the LEA's commitment of resources is clear to the parents and other IEP team members. At least one special education service must be included; other services are required, if needed.

| Needs Number | Needs Category | Disability-Related Needs |
|---|---|---|
| 1 | Gross Motor | ▆▆▆ is dependent on staff for more than 75% of his mobility & positioning needs at school which impacts his access & participation in school activities. |
| 2 | Fine Motor | ▆▆▆ has difficulty with sustaining a grasp on school related tools and toys. |
| 3 | Language | Multi-modal communication (AAC, PECS, Eye Gaze, Vocalizations, Signs etc) |
| 4 | Academic Fluency | ▆▆▆ has an academic delay. |

| Goal # | Goal Description | Goal Statement |
|---|---|---|
| 1 | Functional Mobility | ▆▆▆ will demonstrate increased independence with the following functional mobility tasks at school:<br><br>1) ▆▆▆ will stand at supporting surfaces for play or academic activities with supervision for 3 minutes in 50% of trials.<br><br>2) ▆▆▆ will pull himself up to a standing position at low, stable furniture in the classroom in 50% of trials with stand-by to contact guard assistance.<br><br>3.) ▆▆▆ will transfer in and out of his wheelchair with minimal assistance in 75% of trials. |
| 2 | Communication | ▆▆▆ will use a variety of communication modalities (i.e., eye gaze, reaching, gestures, PECS, activating a switch, vocalization, and/or words) to make progress towards the following objectives:<br><br>1) ▆▆▆ will make a choice to demonstrate receptive understanding of basic concepts (ex., big/small), same/different, labels (ex. objects, familiar people, animals), feelings, and actions in 4/5 opportunities.<br><br>2.) ▆▆▆ will gain attention (ex., "I need your help", "I have something to say", "look at this") of adults or peers in 4/5 opportunities. |
| 3 | Fine Motor/Grasping | ▆▆▆ will demonstrate improved functional grasp of objects by demonstrating the following:<br><br>A) Independently grasp 4 large knobbed puzzle pieces and remove from a form board puzzle independently and then with minimal assistance return the puzzle pieces to the correct form in 4/4 trials B) Provided an adapted tool ▆▆▆ will sustain grasp of a marker to participate in a coloring activity 3/3 consecutive opportunities  C) After handwashing, ▆▆▆ will grasp the paper towels and with minimal support pull towel successfully from dispenser |

| 4 | Academics | ▆▆▆▆ will increase his academic skills. We will know that he has achieved this when he is able to do the following:<br><br>1) ▆▆▆▆ will be able to receptively identify (point to) 26/26 uppercase letters in 2/3 observations.<br><br>2) ▆▆▆▆ will be able to receptively identify (point to) 26/26 lowercase letters in 2/3 observations.<br><br>3) ▆▆▆▆ will be able to receptively identify (point to) 11/11 colors in 2/3 observations.<br><br>4) ▆▆▆▆ will be able to receptively identify (point to) 8/8 shapes in 2/3 observations. |
| 5 | Adapted PE | ▆▆▆▆ will actively participate in warm-up activities for PE class with his peers by moving himself in his gait trainer or wheelchair for 3+ minutes with supervision only in 80% of observed opportunities. |

| A. Supplementary Aids and Services<br>[] None Needed | Frequency & Amount | Location | Duration | Addresses Goal(s) | Addresses Need(s) |
|---|---|---|---|---|---|
| Breaks when fatigues | 10 minutes/ 3-4 times a day, as needed. | Resource room | From 04/13/2021 to 04/12/2022 | 1, 2, 3 | 1, 2, 3 |
| Para support in JK to help with dressing and undressing, toileting, sitting, choice making, help him to navigate his gait trainer in classroom, set up his seating options for classroom, etc. | 5 days a week for 180 minutes Para support in JK to help with dressing and undressing, toileting, sitting, choice making, giving sensory breaks, help him to navigate his gait trainer in classroom, set up his seating options for classroom, etc. | Resource room | From 04/13/2021 to 06/10/2021 | 1, 2, 3 | 1, 2, 3 |
| Para support in kindergarten to help with dressing and undressing, toileting, sitting, choice making, giving sensory breaks, help him to navigate his gait trainer in classroom, set up his seating options for classroom, hooking up his G-tube twice a day (10:40am and 2:30pm) so he can be fed through his G-tube, etc. | 1 x a day for 420 minutes Para support in kindergarten to help with dressing and undressing, toileting, sitting, choice making, giving sensory breaks, help him to navigate his gait trainer in classroom, set up his seating options for classroom, hooking up his G-tube twice a day (10:40am and 2:30pm) so he can be fed through his G-tube, etc. | Resource room | 08/31/21-04/12/22 | 1, 2, 3, 4, 5 | 1, 2, 3, 4 |
| Rest time for him to sleep and/or rest his body. | 1 x a day for 60 minutes Rest time for him to sleep and/or rest his body. | Resource room | 08/31/2021-04/12/2022 | 1 | 1 |

| B. Specially-Designed Instruction | Frequency | Amount | Location | Duration | Addresses Goal(s) |
|---|---|---|---|---|---|
| Specialized Instruction in Readiness, Self-Help and Social Skills<br>Direct instruction towards IEP goals | 1 time(s) Daily | 20 min | Special Education | From 04/13/2021 to 06/10/2021 | 1, 2, 3, 4 |

| Specialized Instruction in Readiness, Self-Help and Social Skills Consultation between JK teacher and para working with ▮ and/or observation of skills in JK. | 1 time(s) Weekly | 15 min | Regular Education | From 04/13/2021 to 06/10/2021 | 1, 2, 3, 4 |
|---|---|---|---|---|---|
| Specially Designed Physical Education | 2 time(s) Weekly | 25 min | Special Education | From 08/31/2021 to 04/12/2022 | 5 |
| Specialized Instruction in Expressive Language and Articulation Direct ELA minutes | 1 time(s) Daily | 30 min | Special Education | From 08/31/2021 to 04/12/2022 | 1, 3, 4 |
| Specialized Instruction in Math | 1 time(s) Daily | 30 min | Special Education | From 08/31/2021 to 04/12/2022 | 1, 3, 4 |
| Specialized Resource Instruction Motor/leisure/choice time | 1 time(s) Daily | 30 min | Special Education | From 08/31/2021 to 04/12/2022 | 1, 3, 4 |

| C. Related Services Needed to Benefit from Special Education  [] None needed | Frequency | Amount | Location | Duration | Addresses Goal(s) | Addresses Need(s) |
|---|---|---|---|---|---|---|
| Speech and Language direct (3:1 model) to provide direct instruction in expressive/receptive language | 6 time(s) Monthly | 20 min | Special Education | From 04/13/2021 to 04/12/2022 | 1, 2, 3 | 1, 2, 3 |
| Speech and Language Indirect (3:1 model) to collaborate with teacher and create communication materials to meet non-verbal needs | 1 time(s) Monthly | 20 min | Special Education | From 04/13/2021 to 04/12/2022 | 2 | 3 |
| Transportation To and from home/daycare to school | To and from home/daycare to school | | Special Education | From 04/13/2021 to 04/12/2022 | 1 | 1 |
| Physical Therapy | 1 time(s) Weekly | 60 min | Special Education | From 04/13/2021 to 04/12/2022 | 1, 2, 3, 5 | 1, 2, 3 |
| Occupational Therapy The 30 minutes may be split between two days - supporting in the classroom and pull out. | 1 time(s) Weekly | 30 min | Special Education | From 04/13/2021 to 04/12/2022 | 1, 2, 3 | 1, 2, 3 |

| D. Program Modifications or Supports for School Personnel   [X] None | Frequency | Amount | Location | Duration | Addresses Goal(s) | Addresses Need(s) |
|---|---|---|---|---|---|---|
| | | | | | | |

## V. STUDENT PARTICIPATION

**A. Participation in Regular Education** *(location, including regular education classrooms, extracurricular and nonacademic activities, and workplace settings)* Ensure any supplementary aids and services needed for the student to participate in the regular education environment, including regular education classrooms, extracurricular and nonacademic activities, and workplace settings, are included in the Program Summary.

[ ] **The student will participate full-time with non-disabled peers in regular education environment, or for preschoolers, with non-disabled peers in age-appropriate settings.**

If you have indicated in the Program Summary a location other than regular education environment, or age-appropriate settings for preschoolers, you must check the box below and answer Questions 1 and 2.

[X] **The student will not participate full-time with non-disabled peers in regular education environment, or for preschoolers, with non-disabled peers in age-appropriate settings.**

**1. Describe the extent, if any, to which the student will not participate with non-disabled peers in the regular education environment, or age-appropriate settings in the case of a preschooler, including extracurricular and nonacademic activities:**

2020-21 school year: ▮▮▮ is a preschool age student that qualifies for special education services. Services will be offered inside the JK classroom, as well as require some pull out to work with the occupational therapist, speech therapist, physical therapist and direct instruction towards IEP goals.

2021-22 school year: ▮▮▮ is a kindergarten age student that qualifies for special education services. Services will be offered inside the kindergarten classroom, as well as require some pull out to work with the occupational therapist, speech therapist, physical therapist and direct instruction towards IEP goals.

**2. Explain why full-time participation with non-disabled peers is not appropriate, or in the case of a preschooler, participation in age-appropriate settings including extracurricular and nonacademic activities:**

2020-21 school year: ▮▮▮ is a preschool age student that qualifies for special education services. Services will be offered inside the JK classroom, as well as require some pull out to work with the occupational therapist, speech therapist, physical therapist and direct instruction towards IEP goals.
2021-22 school year: ▮▮▮ is a kindergarten age student that qualifies for special education services. Services will be offered inside the kindergarten classroom, as well as require some pull out to work with the occupational therapist, speech therapist, physical therapist and direct instruction towards IEP goals.