# Periodic Payment Illustration

 jmw

September 23, 2021

| | Certain Payout | Expected Payout | Cost |
|---|---|---|---|
| For: ▮▮▮▮▮▮ | | | |
| *Male, Born* ▮▮▮ ; *Life Expectancy:* ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| 1. Attorney Fees, Costs, Liens, etc. $1,400,000.00 Cash at Settlement | $1,400,000.00 | $1,400,000.00 | $1,400,000 |
| 2. Initial Funding of Reversionary Medical Trust $900,000.00 Cash at Settlement | $900,000.00 | $900,000.00 | $900,000 |
| 3. Reversionary Medical Trust Annuity Feed $4,700.00 per month for life, 21 years, 2 months certain, Installment Refund, payments commence 10 years from date of funding ($56,400 annual tax-free income) | $1,200,000.00 | $3,421,600.00 | $1,200,000 |
| Subtotals: | $3,500,000.00 | $5,721,600.00 | $3,500,000 |
| **TOTALS:** | **$3,500,000.00** | **$5,721,600.00** | **$3,500,000** |

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Client: | **U.S. Attorney/San Diego** | Case Manager: | **Diane Beckert** |
| Claim Number: | | JMW Case Number: | 21-0343 |
| Contact: | **Steve Chu/Steve Poliakoff** | Illustration Number: | 50 |
| Life Company: | **A+/A++ (Superior) A.M. Best Rated** | Illustration Date: | 9/23/2021 |
| Account Professional: | **James Klapps** | | |

*This is an illustration only and not a contract. We reserve the right to correct clerical errors and to adjust payment amounts and payment dates based on price changes and the date of actual funding. This illustration is valid for 5 days (premium received by annuity issuer), or the date of a rate change if earlier. Lock-ins are discretionary with the annuity issuer and will depend on market conditions.*

JMW Settlements LLC  800/544-5533  FAX 202/463-0379                                                                 21034350-69

EXHIBIT 5
page 1