Tony Evers  
Governor



**DIVISION OF MEDICAID SERVICES**

Karen E. Timberlake  
Secretary

**State of Wisconsin**  
Department of Health Services

Telephone: 877-391-7471  
FAX: 469-359-4319  
wicasualty@hms.com  
TTY: 711

October 13, 2021

Anne E. Brown, RN, JD  
Brown Law LLC  
310 4th Avenue S.  
Suite 5010  
Minneapolis, MN 55415-1053

Case Number:  
Member:  
Accident Date:  
Claim #:

RE:   FINAL Statement of Aid Paid

Dear Anne E. Brown, RN, JD:

Enclosed is a summary of claims paid by the Wisconsin Department of Health Services; for Medicaid costs involving the above named member.

We are issuing a Final Statement of Aid Paid as the parties have agreed to a settlement based upon receipt of an interim lien or we received confirmation of the last date of treatment. Accordingly, payment of the below amount will satisfy our lien in this case.

**$62,016.13**

This is the FINAL amount

Please make your check or draft payable to:

Wisconsin Casualty Recovery  
5615 High Point Drive Suite 100  
Irving, TX 75038-9984

If you require additional information please contact the Wisconsin Casualty Recovery Unit at 1-877-391-7471.

Sincerely,  
SANDRA AGIS  
Case Manager

Enclosure

Disclaimer – Health Management Systems (HMS) is under contract with the Wisconsin Department of Health Services to conduct casualty recovery services.