

www.MilitaryMedicalMalpractice.com

July 21, 2017

<u>**Engagement Letter | Fee Agreement**</u>

**SCOPE OF REPRESENTATION**

We have determined that your case warrants filing a claim. We will provide customary advice and representation on this matter and undertake filing and pursuing the medical malpractice claims against the United States for negligence surrounding the birth of ▮▮▮▮▮▮▮▮▮▮. Our work will not include any other matters such as: family law matters, divorce or child custody issues, taxes, or any work related to other benefits that may be available to you, including Social Security or Medicaid, etc.

**POTENTIAL CONFLICTS WAIVED | JOINT COMMUNICATION**

With respect to your claims, there exists the possibility for the interests of the following persons to become conflicting: Richard Breault, Maya Breault, and ▮▮▮▮▮▮▮▮▮▮▮▮▮. Despite possibilities for such interests to conflict, you believe one lawyer can adequately represent, advance, or protect each such interest without harming any other such interests. Therefore, you agree that you want us to represent each of you in this matter, and you each refuse to exercise your right to hire a different lawyer, hereby waive the conflicts described and agree to an aggregate settlement if such a settlement is acquired in the case.

In this joint representation, I must and will treat you equally in all regards, including all communications. I will communicate all matters to both of you and will share all communications from each of you with the other.

**FEES (CONTINGENT FEE CASE)**

Attorneys' fees are twenty percent (20%) of the total cost of the settlement amount in this matter before a lawsuit is filed and before deducting expenses. If a lawsuit is filed, attorneys' fees are twenty-five percent (25%) of the total cost of the settlement amount in this matter before deducting expenses. The fees are to be deducted from the settlement proceeds. If no recovery is obtained, you owe nothing for attorneys' fees.

These percentages are based on the total cost of the settlement and is payable in full on settlement from the settlement proceeds. The attorney fee percentages conform to the guidelines set forth in the Federal Tort Claims Act.

## REPAYMENT OF EXPENSES ADVANCED

In addition to the fees set forth above, you will be responsible for expenses incurred in connection with this matter. We may hire experts, such as life care planners, economists, and medical professionals to help us evaluate your claims or give evidence. We may also incur charges for expenses incurred by us on your behalf, such as filing fees, printing, copying, postage, delivery, travel, and use of other service providers such as process servers and court reporters among others.

We do not add a surcharge to or charge interest on our expenses. We will advance payment of such items and you will be obligated to repay us for expenses from any recovery on account of your claims. You will receive an itemized statement of expenses associated with our services. If there is no recovery, no reimbursement of costs is required.

## CLAIM FORMS | VALUE OF CLAIMS

We file separate claims for each member of the family where recovery *may* be available. *This does not mean, however, that each family member has a right to recover.* Such recovery depends on the facts of the case and the applicable law.

*It is very important for you to understand that the dollar amount stated in the claim forms does not mean that your claims have a value of that amount.* Federal law requires us to state a specific dollar amount on the claim forms and it is difficult to increase these amounts once the claims are filed. Accordingly, we use a *greatly inflated* figure to cover any unknown information or unforeseen damages. As the case progresses, we will have a much better idea of the relative strengths and weakness of your claims and what defenses are raised by the United States, all of which are critical factors in the ultimate success and/or value of every individual claim.

## COMMUNICATION

We will report to you on matters we are handling for you periodically or as warranted by developments. We will provide copies of significant correspondence and documents received or prepared as part of our representation. We will return to you all original documents and other property received from you, when no longer needed or, along with an electronic copy of your file, upon conclusion of the representation. We may destroy duplicative and other unneeded materials when we close a file. The remaining file will be retained electronically by us consistent with the requirements of the law, after which time it may be destroyed without further notice.

We will communicate with you and others concerning our representation in a manner judged by us to be efficient and economical and without undue risk of interception or unintended disclosure of confidential information. This may include regular or express mail or delivery services, unencrypted e-mail, conventional or cellular telephone, and facsimile transmission. We will take reasonable precautions to prevent interception or unintended disclosure of confidential information, but all methods of communication carry some such risks. Unless you give us specific instructions to the contrary, we assume you consent to such communications, and we

assume that you will monitor your cell phone, computer or other receiving device to protect against unintended disclosure of our messages or communications to you.

## COOPERATION

We require and expect your cooperation and assistance in our representation of you. This includes promptly responding to communications, furnishing accurate and complete information and documents, attending meetings, depositions, hearings and other events requiring your presence, and keeping us advised of your current address, phone number, e-mail address and other contact information. I encourage you to keep detailed notes of questions that may arise and of any new information, witnesses, or other important matters that come to your attention so you may report the information to me and/or I may answer your questions as soon as possible.

## TERMINATION

It is essential to your representation that we maintain a good relationship throughout. If at any time you have any concerns, please contact me immediately so we can discuss and resolve the problem. You may terminate our representation at any time. However, in the event of termination, you will be responsible for payment of, from any subsequent settlement or verdict you recover on the matter, any fees we earned represented by our time and work on the case plus all expenses we incurred. We may also terminate this representation as permitted or required by laws and regulations.

We will use our best efforts in representing you in this matter, but you acknowledge that we can give no assurances as to the final outcome: ***recovery is not guaranteed.***

If the above terms are acceptable, please sign and return one of the enclosed copies of this letter.

BROWN LAW LLC

By: _____
Anne E. Brown

I have read, understand and agree to the foregoing:

_____
Richard Breault, Individually and a Parent and Natural Guardian of ▮

7/21/17
Date of Acceptance

_Maya Breault_
Maya Breault, Individually and a Parent and Natural Guardian of ▮

7/21/17
Date of Acceptance