ANNE E. BROWN
MN Bar# 187008/*pro hac vice*
BROWN LAW LLC
310 4th Ave. S., Suite 5010
Minneapolis, MN 66415
Phone: (651)695-8789
Fax: (877) 695-8755
browna@militarymedicalmalpractice.com

JANICE F. MULLIGAN, CA BAR # 99080
BRIAN K. FINDLEY, CA BAR# 251172
MULLIGAN, BANHAM & FINDLEY
2442 Fourth Avenue, Suite 100
San Diego, CA 92101
Phone: (619) 238-8700
Fax: (619) 238-8701
mulligan@janmulligan.com
findley@janmulligan.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.T.B., A MINOR, BY AND THROUGH HIS PARENTS AND NEXT FRIENDS, RICHARD D. BREAULT AND MAYA M. BREAULT; RICHARD D. BREAULT, INDIVIDUALLY; AND MAYA M. BREAULT, INDIVIDUALLY, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO.: 19-CV-2305-W(KSC) <br><br> **<u>DECLARATION OF BRIAN K. FINDLEY, ESQ. IN SUPPORT OF EX PARTE PETITION FOR APPROVAL OF MINOR'S COMPROMISE AND FOR APPROVAL OF MINOR'S TRUSTS</u>** |

I, Brian K. Findley, declare:

1. I am an attorney duly licensed to practice law before the Southern District of California, and all courts of the State of California. I am co-counsel in this action for Plaintiffs, R.T.B., A MINOR, BY AND THROUGH HIS PARENTS AND NEXT FRIENDS, RICHARD D. BREAULT AND MAYA M. BREAULT; RICHARD D. BREAULT, INDIVIDUALLY; AND MAYA M. BREAULT, INDIVIDUALLY. I have personal knowledge of the matters stated herein except those matters stated on information and belief. I am competent to testify and if called as a witness, I could and would testify as follows:

2. I have practiced law for 13 years. I have practiced law with my firm, MULLIGAN, BANHAM & FINDLEY for the last decade. My law firm has practiced injury and medical malpractice law in San Diego for nearly 40 years. I and my firm are experienced in providing counsel to injured persons, including minors injured by medical malpractice at birth, litigating and trying cases for them, and achieving successful results. I serve on the executive board of Consumer Attorneys of San Diego. I serve in leadership positions in the San Diego County Bar Association, the American Bar Association and the American Association for Justice.

3. The facts of this case and details of settlement are well-described in the Declaration of Anne E. Brown, Esq., which accompanies this declaration. Ms.

Brown is the original counsel that filed the administrative claims in this case, and the original lawsuit in Wisconsin federal court, before it was removed to this court. Ms. Brown is co-counsel for Plaintiffs and is appearing pro hac vice in this court.

4. The total attorney's fee in this case is $875,000.00, which will be split 50%-50% between my law firm and Anne E. Brown's firm. That fee is 25% of the total present value settlement recovery of $3,500,000.00. This fee is in accord with 28 U.S.C. §2678 regarding attorney's fees in federal tort claim litigation. The fee was agreed to in advance by a written contingency fee agreement signed by Plaintiffs and the attorneys.

5. The recovery of $3,500,000.00 is an excellent result for this case, where significant issues loomed which could have resulted in no recovery at all, in regard to liability, causation, and application of legal principles (particularly, California Health and Safety Code Section 1317). The settlement amount will be a life-changing amount for this family.

6. There was significant time, skill and risk involved in helping this family. While this action was investigated and filed in Wisconsin before my firm's involvement in the case, my firm has nonetheless represented R.T.B. and his family for approximately two years. During that time, I and other lawyers from my firm reviewed extensive medical records, participated in 14 depositions, participated in incurring over $100,000.00 of litigation costs advanced (along with

Anne E. Brown's firm), engaged in written discovery, law and motion, vetting of experts, and preparation of expert reports and rebuttal reports. My firm devoted hundreds of hours of time to ensuring the success of this case. Recovery was not certain, and should the case not have been successful, this time and effort spent would have been unrecoverable by my law firm.

7. Because of the relationship we have with our clients, our law firm cannot accept many cases at once. We carry a low caseload by design. This is because we are a small firm with limits to our time, resources, and capital that we can advance for costs on our cases. We are, and have been during the course of this litigation, nearly 100% contingent fee, injury and medical malpractice cases, like this one. These cases are expensive, time consuming and require experienced legal counsel to develop them. They rarely resolve without many months or years of litigation, against experienced defense attorneys. Because of accepting R.T.B.'s case, my firm declined others.

8. Here, the attorneys and the Breault family engaged in arm's length negotiations before we accepted the significant risk and time commitment of this representation. We have now reached a favorable result for the Breault family. They have expressed gratitude for our diligent representation and results. The money received by my firm will help us continue assist other families, as we have done for many years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 27, 2021

                                        <u>s/Brian K. Findley</u>
                                        Brian K. Findley