Brown Law LLC
310 4th Avenue S., Suite 5010
Minneapolis, MN 55415
**Phone #** 877-695-8757

# Invoice

**Invoice #:** 91
**Invoice Date:** 10/15/2021

**Bill To:**
Maya & Dylan Breault
304 Garfield Street
Somerset, Wisconsin 54025

| Item | Description | Amount |
|---|---|---|
| Expert Witness Fees | Expert witness fee: Neonatologist | 2,125.00 |
| Expert Witness Fees | Expert witness fee: Neonatologist | 4,125.00 |
| Expert Witness Fees | Expert witness fee: Neonatologist | 1,600.00 |
| Client Costs Advanced | Expert witness fee: Radiologist | 600.00 |
| Expert Witness Fees | Expert witness fee: Radiologist | 2,835.00 |
| Expert Witness Fees | Expert witness fee: OB | 2,233.00 |
| Client Costs Advanced | Expert witness fee: OB | 6,567.00 |
| Expert Witness Fees | Expert witness fee: Anesthesiologist | 2,000.00 |
| Client Costs Advanced | Expert witness fee: Ped ENT | 1,500.00 |
| Expert Witness Fees | Expert witness fee: Ped ENT | 6,375.00 |
| Expert Witness Fees | Expert witness fee: Ped. Neuro | 3,000.00 |
| Expert Witness Fees | Expert witness fee: Ped Neuro | 575.00 |
| Expert Witness Fees | Expert witness fee: Ped Neuro | 4,031.50 |
| Expert Witness Fees | Expert witness fee: Ped Neuro | 1,100.00 |
| Expert Witness Fees | Expert witness fee: Ped Neuro | 1,650.00 |
| Expert Witness Fees | Expert witness fee: Ped Neuro | 1,100.00 |
| Expert Witness Fees | Expert witness fee: Ped Neuro | 4,856.50 |
| Expert Witness Fees | Expert witness fee: Ped Neuro | 550.00 |
| Client Costs Advanced | Expert witness fee: Ped Neuro IME | 8,250.00 |
| Expert Witness Fees | Expert witness fee: Neuro Rad | 2,500.00 |
| Expert Witness Fees | Expert witness fee: Neuro Rad | 575.00 |
| Expert Witness Fees | Expert witness fee: Pathology | 3,500.00 |
| Expert Witness Fees | Expert witness fee: Life Care Planner | 500.00 |
| Expert Witness Fees | Expert witness fee: Life Care Planner | 400.00 |
| Expert Witness Fees | Expert witness fee: Life Care Planner | 17,000.00 |
| Expert Witness Fees | Expert witness fee: Economist | 4,750.00 |
| Expert Witness Fees | Expert witness fee: Economist | 2,800.00 |
| Medical Records | Medical Records | 1,420.23 |
| Court filing fees | Court filing fees (complaint) | 400.00 |
| Travel | Travel Expenses (CA for ENE; MSC) | 2,871.59 |

**Total**

**Payments/Credits**

**Balance Due**

| Fax: | E-Mail | Web Site |
|---|---|---|
| 877-695-8755 | browna@militarymedicalmalpractice.com | www.militarymedicalmalpractice.com |

EXHIBIT 11
page 1

Brown Law LLC
310 4th Avenue S., Suite 5010
Minneapolis, MN 55415
**Phone #** 877-695-8757



**Invoice #:** 91
**Invoice Date:** 10/15/2021

| **Bill To:** |
|---|
| Maya & Dylan Breault
304 Garfield Street
Somerset, Wisconsin 54025 |

| Item | Description | Amount |
|---|---|---|
| Copies | Outside copies (Brown Law) | 2,675.70 |
| Westlaw Research | PACER (Brown Law) | 471.20 |
| Copies | Outside copies (Findley firm) | 4,224.00 |
| Client Costs Advanced | PACER (Findley firm) | 44.00 |
| Postage & Fed Ex | Postage, Express mail, Fed Ex (Findley firm) | 45.47 |
| Deposition Charge | Defense witness depositions - court reporter and video fees | 26,608.10 |

| | |
|---|---|
| **Total** | $125,858.29 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $125,858.29 |

| Fax: | E-Mail | Web Site |
|---|---|---|
| 877-695-8755 | browna@militarymedicalmalpractice.com | www.militarymedicalmalpractice.com |