# EXHIBIT 5

# DISCOUNTED ECONOMIC LOSSES TO AGE 55

## SUMARY STATEMENT OF THE DISCOUNTED ECONOMIC LOSSES SUSTAINED BY ███████ BECAUSE OF MULTIPLE DISABILITIES

LOSS OF EARNING CAPACITY PROJECTED
FROM 2034 (age 18) TO NOV. 30, 2072 (age 56.7)    $778,938

## COST OF FUTURE CARE FROM YEAR 2021 TO AGE 55 IN YEAR END 2071

| | |
|---|---|
| FUTURE COST OF CARE TO BE RENDERED BY PHYSICIANS | $169,117 |
| FUTURE COST OF THERAPEUTIC MODALITIES | $504,083 |
| FUTURE COSTS OF MEDICAL EQUIPMENT AND SUPPLIES | $111,440 |
| FUTURE COST OF MEDICATIONS | $17,346 |
| FUTURE COST OF LONG TERM CARE | $8,569,822 |
| HOME MODIFICATIONS | $75,000 |
| ADAPTED VAN (replaced every 7 years) | $164,881 |
| AUGMENTED COMMUNICATION SYSTEM FOR LIFE | $60,684 |
| TOTAL DISCOUNTED COST OF FUTURE CARE | $9,672,372 |
| COST OF FUTURE CARE + LOSS OF EARNINGS | $10,451,310 |

EXHIBIT 12
page 2