ANNE E. BROWN
MN Bar# 187008/*pro hac vice*
BROWN LAW LLC
310 4th Ave. S., Suite 5010
Minneapolis, MN 66415
Phone: (651)695-8789
Fax: (877) 695-8755
browna@militarymedicalmalpractice.com

JANICE F. MULLIGAN, CA BAR # 99080
BRIAN K. FINDLEY, CA BAR# 251172
MULLIGAN, BANHAM & FINDLEY
2442 Fourth Avenue, Suite 100
San Diego, CA 92101
Phone: (619) 238-8700
Fax: (619) 238-8701
mulligan@janmulligan.com
findley@janmulligan.com
oconnor@janmulligan.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.T.B., A MINOR, BY AND THROUGH HIS PARENTS AND NEXT FRIENDS, RICHARD D. BREAULT AND MAYA M. BREAULT; RICHARD D. BREAULT, INDIVIDUALLY; AND MAYA M. BREAULT, INDIVIDUALLY,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO.: 19-CV-2305-W(KSC)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Brian K. Findley, am a citizen of the United States and am at least eighteen years of age. My business address is 2442 Fourth Avenue, Suite 100, San Diego, California 92101. I am not a party to the above-referenced action. I have caused the service of the foregoing:

**1. PLAINTIFFS' EX PARTE PETITION FOR APPROVAL OF MINOR'S COMPROMISE AND FOR APPROVAL OF MINOR'S TRUSTS; 2. DECLARATION OF BRIAN K. FINDLEY, ESQ. SUPPORTING EXHIBITS; and 3. INDEX OF EXHIBITS**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which I am informed and believe will electronically notify them:

Steve B Chu
U S Attorney's Office
880 Front Street
Room 6293
San Diego, CA 92101
(619) 546-7167
(619) 546-7754 (fax)
steve.chu@usdoj.gov
  LEAD ATTORNEY
  ATTORNEY TO BE NOTICED
Representing: United States of America (Defendant)

Steven J Poliakoff
U S Attorneys Office Southern District of California
Civil Division
880 Front Street
Suite 6293
San Diego, CA 92101
(619)557-5662
(619)557-7122 (fax)
Steve.Poliakoff@usdoj.gov

LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Representing: United States of America (Defendant)

Anne Elizabeth Brown, Esq.
Brown Law LLC
310 4th Avenue South
Suite 5010
Minneapolis, MN 55415
651-695-8789
877-695-8755 (fax)
browna@militarymedicalmalpractice.com
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED
Representing: Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct. Executed on the date indicated below.

DATED: October 28, 2021  **MULLIGAN, BANHAM & FINDLEY**

s/ Brian K. Findley
Attorneys for Plaintiffs
E-mail: findley@janmulligan.com