UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.T.B., a minor, by and through his parents and next friends, RICHARD D. BREAULT and MAYA M. BREAULT; RICHARD D. BREAULT, individually; and MAYA M. BREAULT, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.:  19-cv-2305-W(KSC)<br><br>**ORDER**<br><br>**[ECF No. 56]** |

On October 28, 2021, Plaintiffs filed an ex parte petition for court approval of the minor's compromise and minor's trusts.  ECF No. 56.  In the petition, Plaintiff states that the conditional settlement has not yet been approved by "the Department of Justice Torts Branch, and the Assistant Attorney General of the United States" and provides the written stipulation for compromise settlement governing the resolution of this case.  <u>Id.</u> at 5, Exh. 4.  The written stipulation specifically states that the proposed settlement is subject to a number of conditions including that "[t]he Attorney General or the Attorney General's designee must approve the terms and conditions of the settlement and authorize the attorney representing the United States

to consummate a settlement for the amount and upon the terms and conditions agreed upon by the parties, as set forth in this Stipulation and the Reversionary Trust." ECF No. 56-4 at 10. Because the United States has not fully approved the settlement Plaintiff is asking this Court to review, the requested review is premature and would essentially constitute an advisory opinion. The Court recognizes that the United States would prefer to have the Court issue its decision first. Id. at 11 ("Plaintiff must obtain such court Order before the United States Attorney's Office will seek settlement authority from the Attorney General or the Attorney General's designee."). But, for the reasons set forth above, the Court finds that Plaintiffs' request for approval of the proposed minor's compromise is premature and the Court declines to address the petition at this time. Plaintiffs should file a notice of resolution or amended petition after the Attorney General or his designee approves the settlement and authorizes the Assistant United States Attorney to consummate the settlement. The Court will then conduct the necessary review.

**IT IS SO ORDERED**.

Dated:  11/10/2021

Hon. Barbara L. Major
United States Magistrate Judge